```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2

 3      * * * * * * * * * * * * * * *     )
        UNITED STATES OF AMERICA,         )    Criminal Action
 4                                        )    No. 18-0088
                        Plaintiff,        )
 5                                        )
           vs.                            )
 6                                        )
        KEMAL OKSUZ,                       )    Washington, DC
 7                                        )    February 11, 2019
                        Defendant.        )    10:17 a.m.
 8                                        )
        * * * * * * * * * * * * * * *     )
 9


10


11                TRANSCRIPT OF SENTENCING HEARING
                BEFORE THE HONORABLE TANYA S. CHUTKAN,
12                 UNITED STATES DISTRICT JUDGE

13      APPEARANCES:

14      FOR THE GOVERNMENT:      MARCO ANTONIO PALMIERI, ESQ.
                                 UNITED STATES DEPARTMENT OF JUSTICE
15                               CRIMINAL DIVISION - PUBLIC INTEGRITY
                                   SECTION
16                               1400 New York Avenue, Northwest
                                 Twelfth Floor
17                               Washington, DC 20005

18                               DAVID B. MISLER, ESQ.
                                 US ATTORNEY'S OFFICE FOR THE
19                                 DISTRICT OF COLUMBIA
                                 555 Fourth Street, Northwest
20                               Washington, DC 20530

21

22      FOR THE DEFENDANT:       PHILIP THOMAS INGLIMA, ESQ.
                                 CROWELL & MORING, LLP
23                               1001 Pennsylvania Avenue, Northwest
                                 Washington, DC 20004
24


25      FOR US PROBATION:        CRYSTAL LUSTIG
```

1     REPORTED BY:              LISA EDWARDS, RDR, CRR
                                Official Court Reporter
2                               United States District Court for the
                                  District of Columbia
3                               333 Constitution Avenue, NW
                                Room 6706
4                               Washington, DC 20001
                                (202) 354-3269
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

 1          THE COURTROOM DEPUTY:  Your Honor, we have

 2   Criminal Action 18-88, United States of America versus Kemal

 3   Oksuz.

 4          We have Mr. David Misler, Mr. Marco Palmieri.

 5          THE COURT:  "Palmieri"?

 6          MR. PALMIERI:  "Palmieri."

 7          THE COURTROOM DEPUTY:  Mr. Palmieri, if you don't

 8   mind coming to the lectern and identifying the other people

 9   at your desk.

10          MR. PALMIERI:  Yes.  Marco Palmieri, your Honor,

11   for the Government.

12          THE COURTROOM DEPUTY:  Everybody else.  Who am I

13   missing?

14          MR. PALMIERI:  Sorry.  With me today, your Honor,

15   is David Misler from the US Attorney's Office in DC and

16   William Mackie from the National Security Division, your

17   Honor.

18          THE COURT:  Good morning.

19          MR. PALMIERI:  Also seated at the table is FBI

20   Special Agent Kevin Gounaud.

21          THE COURT:  G-O-N-E-L-L?  Is that it?  How do you

22   spell your last name, sir?

23          AGENT GOUNAUD:  G-O-U-N-A-U-D, Judge.

24          THE COURT:  That was totally off.

25          MR. PALMIERI:  That's why I didn't even try, your

1    Honor.

2          THE COURTROOM DEPUTY:  For the record, your Honor,

3    for the Defendant we have Mr. Phillip Inglima and

4    Ms. Bridget Carr.

5          Mr. Oksuz is present.

6          THE COURT:  Good morning, everyone.  I know we've

7    had some delays because of -- the court delay didn't really

8    affect us, but I think it affected getting into the

9    courthouse.

10         So we are here for sentencing.

11         As I told the parties when Mr. Oksuz took his

12   plea, I like to have sentencing materials well in advance of

13   the sentencing because I take the materials home with me.  I

14   read them several times.  I go over them.  I think about

15   them.

16         So I was a little dismayed to hear that on Friday

17   the Government was considering sending documents to me this

18   morning.  I let the Government know that they would have to

19   get anything they wanted me to consider at sentencing on

20   Friday.

21         And so they did send me some additional exhibits,

22   which I have reviewed, Exhibits A through F, which I have

23   reviewed and which I understand, Mr. Palmieri, you want to

24   discuss during your allocution.  Is that correct?

25         MR. PALMIERI:  Yes, your Honor, with the Court's

```
1    permission.
2              THE COURT:  All right.  I'm afraid I left my
3    notes.  I have to --
4              Can you get them?
5              THE LAW CLERK:  Yes, your Honor.
6              THE COURT:  My trusty law clerk has extra copies.
7              I also received a report from Pretrial Services
8    Agency dated last Friday, the 8th of February, which
9    indicates that Mr. Oksuz -- is it "Oksuz?" --
10             THE DEFENDANT:  Yes, your Honor.
11             THE COURT:  Is that close enough?  I like to
12   pronounce people's names correctly.
13             -- Mr. Oksuz has been in full compliance with his
14   conditions of release, as he has during the entirety of this
15   case.  So that is a fact that weighs in his favor.  He has
16   tested negative, has called in and complied with the
17   conditions of the high-intensity supervision program.
18             Here's what I have received and reviewed:  I've
19   received and reviewed the presentence report and the
20   probation office sentencing recommendation.
21             And I've also reviewed the following documents
22   submitted by counsel in advance of the hearing:  I've
23   received -- I previously reviewed and received a copy of the
24   plea agreement that was signed by Mr. Oksuz and a copy of
25   the statement of offense that he signed which we went over
```

1      at the plea; I received sentencing memoranda from the

2      Government, including Exhibit 1 and additional Exhibits A

3      through F; and then I received sentencing memoranda from

4      Mr. Oksuz and prepared by his counsel; and I've also

5      reviewed Mr. Oksuz's statement to the probation office,

6      which was reflected in his presentence investigation report.

7              I've received letters from Sue Oksuz, Mr. Oksuz's

8      wife; Alparslan Oksuz and Sena Oksuz, Mr. Oksuz's children;

9      Scott Alexander, Ph.D.; Mevlut Cinar; Met Ekren,

10     M-E-T E-K-R-E-N; Paul Parker; Huseyin Selvi, H-U-S-E-Y-I-N

11     S-E-L-V-I.

12             So that's everything I've received.

13             Is there anything I'm missing?  Mr. Palmieri?

14             MR. PALMIERI:  No, your Honor.

15             THE COURT:  Mr. Inglima?

16             MR. INGLIMA:  No, your Honor.

17             THE COURT:  Okay.  So, Mr. Oksuz, you'll recall at

18     your plea I told you your plea was going to take -- proceed

19     in three steps.  Your sentencing today is going to proceed

20     in four steps.

21             The first step is for me to determine whether you

22     have reviewed the presentence report with your lawyer and

23     whether there are any outstanding objections to the Court

24     and, if so, to resolve those objections.

25             The second step is to determine what sentencing

1   guidelines and sentencing range applies to your case.

2              Your lawyers and the Government's lawyers have

3   made estimates of what they believe that to be.  The

4   probation officer has done their calculation.  But the final

5   decision as to the sentencing range and the guidelines is up

6   to me.

7              So I will go over that in the second step.  That

8   will be based on your criminal history and considering any

9   mitigating or aggravating factors that may warrant a

10  departure under the guidelines manual.

11             The third step is for me to hear from the

12  Government; from any victims, of which there are none in

13  this case, since there's not an identifiable victim; from

14  your lawyer; and from you, if you wish to be heard about

15  sentencing in this case.

16             As I told you at your plea, you don't have to

17  speak.  And I don't hold that against you if you don't.  But

18  I do encourage you to speak if you want to.

19             And the last step is mine.  It is for me to

20  fashion what I consider to be a just and fair sentence in

21  light of the facts set forth in the statute 18 USC, Section

22  3553(a), and all the factors after consideration of your

23  history, your life's experiences and this case.

24             So with regard to the presentence report, the

25  final presentence investigation report and sentencing

```
 1          recommendation was filed on February 4th, 2019.
 2                    Mr. Palmieri, does the Government have any
 3          objection to any of the factual determinations set forth in
 4          the report?
 5                    MR. PALMIERI:  No, your Honor.
 6                    THE COURT:  Mr. -- well, before I ask Mr. Inglima
 7          some questions, Mr. Oksuz, let me ask you, are you fully
 8          satisfied with the services of your attorneys in this case?
 9                    THE DEFENDANT:  Yes, your Honor.
10                    THE COURT:  Do you feel that you've had enough
11          time to talk with them about the probation department's
12          presentence report and the papers filed by the Government in
13          connection with the sentencing?
14                    THE DEFENDANT:  Yes, your Honor.
15                    THE COURT:  All right.  Mr. Inglima --
16                    You may be seated, Mr. Oksuz.
17                    Mr. Inglima, have you and your client read and
18          discussed this presentence report?
19                    MR. INGLIMA:  Yes, your Honor, we have.
20                    THE COURT:  Are there any disputed issues of fact?
21          That is, does Mr. Oksuz have any objection to any of the
22          factual statements set forth in the presentence report that
23          have not already been resolved?
24                    MR. INGLIMA:  None, your Honor.  We raised very
25          minor issues with the Probation Officer Lustig; and
```

1    everything to our mind is completely accurate.

2              THE COURT:  That's good.

3              So, hearing no objection from either side, I will

4    accept the factual recitation in the presentence report

5    regarding the circumstances of the offense, and therefore

6    the facts as stated in the presentence report will be my

7    findings of fact for the purposes of this sentencing.

8              Now, on to the second step, which is a

9    determination of the guidelines and the applicable guideline

10   range:  The presentence report lays out the probation

11   office's calculation of the advisory guideline range that

12   applies in this case.  I will not hide the ball here and

13   tell you that I agree with the probation office's

14   calculation here, as I think the parties do as well.

15             The calculation was done using the 2018 guidelines

16   manual and is as follows:  Beginning with the guidelines

17   offense level, the applicable guideline in this case is US

18   Sentencing Guideline Section 2B1.1 and has a base offense

19   level of 6.

20             The special characteristics increase it to 12.

21             The Government has also represented that Mr. Oksuz

22   has demonstrated acceptance of responsibility in a manner

23   that entitles him to a two-level reduction under

24   Section 3E1.1(a).

25             Therefore, prior to any consideration of any

1    departures or variances, Mr. Oksuz's total offense level is

2    10.

3              Is there any objection to the calculation of the

4    offense?

5              Mr. Palmieri?

6              MR. PALMIERI:  No, your Honor.

7              THE COURT:  Mr. Inglima?

8              MR. INGLIMA:  No objection, your Honor.

9              THE COURT:  Turning to the applicable criminal

10   history category, the presentence report found Mr. Oksuz's

11   criminal history score to be zero.  Therefore, he has a

12   criminal history category of Roman numeral I.

13             Are there any objections to the criminal history

14   calculations, Mr. Palmieri?

15             MR. PALMIERI:  No, your Honor.

16             THE COURT:  Mr. Inglima?

17             MR. INGLIMA:  No, your Honor.

18             THE COURT:  Okay.  Based on the offense level and

19   criminal history category I've just discussed, the PSR

20   calculates the guidelines sentencing range to be six months

21   to 12 months of imprisonment.  I agree with that range.

22             And having determined the applicable guidelines

23   range, the next step is for me to consider departures.  My

24   understanding is that prior to the plea agreement, neither

25   party is asking for a departure or arguing for a departure.

1   Neither is it required here and no parties are arguing here

2   that there's a grounds for imposing a sentence outside of

3   the guideline range that is based on the policy statements

4   in the guidelines manual.

5           Is that correct, Mr. Palmieri?

6           MR. PALMIERI:  That is correct, your Honor.

7           THE COURT:  Mr. Inglima?

8           MR. INGLIMA:  That is correct.

9           THE COURT:  Okay.  I understand that as part of

10  the plea agreement, the parties agree that neither party

11  would seek a variance.

12          Is that correct, Mr. Palmieri?

13          MR. PALMIERI:  Yes, your Honor.

14          THE COURT:  Mr. Inglima?

15          MR. INGLIMA:  Agreed, your Honor.

16          THE COURT:  Okay.  Now, let me just go over the

17  applicable penalties in this case.

18          Section 3553 requires me to consider a variety of

19  factors, including the sentencing range or guidelines

20  prescribed, which I've just discussed, and also the

21  applicable penal statutes.  I'll take this moment to

22  describe generally the applicable statutory and guidelines

23  penalties for this offense:

24          The charge of scheme to falsify, conceal and cover

25  material facts from the ethics committee in violation of 18

1    USC, Section 1001(a)(1)(C)(i) and (c)(ii) carries a

2    statutory maximum penalty, as I told you at your plea,

3    Mr. Oksuz, of five years of imprisonment.

4           Pursuant to 18 USC, Section 3561, Mr. Oksuz is

5    eligible for not less than one nor more than five years of

6    probation because the offense is a Class D felony.

7           One of the following must be imposed as a

8    condition of probation unless extraordinary circumstances

9    exist:  a fine, restitution or community service.

10          If a term of imprisonment is imposed, the statute

11   provides that Mr. Oksuz faces a supervised release range

12   following imprisonment of not more than three years, while

13   under the guidelines that range is one year to three years.

14   The statute of conviction sets a maximum fine of up to

15   $250,000, while the guidelines fine range is between $2,000

16   and $20,000.

17          The special assessment of $100 per count is

18   mandatory.

19          And the statutory and guidelines restitution

20   provisions are inapplicable because there's no identified

21   victim in this case.

22          Counsel, have I stated accurately the statutory

23   and guidelines framework under which we're operating in this

24   case?

25          Mr. Palmieri?

 1            MR. PALMIERI:  Yes, your Honor.

 2            THE COURT:  Mr. Inglima?

 3            MR. INGLIMA:  Yes, your Honor.

 4            THE COURT:  Just a minute.

 5            Before I discuss the other sentencing factors that

 6    will bear on my final decision, I want to tell the parties,

 7    as I always do, of the particular sentence the probation

 8    office has recommended in this case, taking into account the

 9    guidelines range, the available sentences and all the

10    factors under Section 3553(a).

11            The probation office recommends a sentence of time

12    served, 12 months of supervised release and a fine of

13    $20,000.

14            The recommendation of the probation office is not

15    based on any facts or circumstances that have not already

16    been revealed to the parties in the presentence report.

17            Mr. Inglima, my understanding is that Mr. Oksuz

18    was held in Azerbaijan for three months, is that correct,

19    awaiting extradition?

20            MR. INGLIMA:  Your Honor, he was detained abroad.

21    It was in Armenia.

22            THE COURT:  I mean Armenia.  Excuse me.

23            MR. INGLIMA:  He was held for just over three

24    months in Armenia and then he was detained in the United

25    States for approximately another eight or nine days.

```
1              THE COURT:  At the DC Jail?

2              MR. INGLIMA:  Exactly.  Since then, he has been in

3       the HISP program.

4              THE COURT:  Thank you.

5              We are at the third step, Mr. Oksuz, which is

6       the -- I'd like to hear from the parties and counsel with

7       regard to the sentencing guideline range and any other

8       factors that bear upon my consideration of a fair sentence.

9              Mr. Palmieri?

10             MR. PALMIERI:  Thank you, your Honor.

11             THE COURT:  Mr. Palmieri, I assume you're going to

12      address this, but I was -- I noticed that you were

13      advocating for a sentence of 12 months' imprisonment, which

14      is at the high end of the range in this case.

15             Given Mr. Oksuz's lack of any prior criminal

16      record, can you explain to me why the Government is ask for

17      such -- for the high end?

18             MR. PALMIERI:  Yes, your Honor.

19             I was going to --

20             THE COURT:  You can get to it later.  You don't

21      have to get to it right away.

22             MR. PALMIERI:  Thank you, your Honor.

23             With the Court's permission, I'd like to start

24      first with responding to a few assertions in the defense

25      sentencing memorandum; specifically, what prompted the
```

1    Government's Friday filing.

2           While the Government did not file any specific

3    objections to the PSR that was submitted in this or in the

4    case of the sentencing memorandum, the Government's issue

5    here is with the narrative that is woven through the

6    sentencing memorandum in the Defendant's statement to the

7    Court.

8           From the Government's perspective, what that

9    narrative attempts to depict here is one in which the

10   Defendant initially attempted to secure funds for this

11   convention legitimately, and then it was an onset of factors

12   externally that created a situation where he become

13   desperate, as the sentencing memorandum reads, to secure

14   funding from a foreign government in this case and that

15   these factors were somehow beyond his control and created

16   this situation where he initially attempted to do this the

17   right way and then the situation was created where he had to

18   go to the state oil company of Azerbaijan to secure that

19   funding.

20          And with the Court's permission, I wanted just to

21   touch on and highlight a few things in the additional

22   exhibits, the A through F, that I think belie that, those

23   facts and that characterization.

24          First, your Honor, the sentencing memorandum notes

25   that the Defendant contracted with PSG for organizational

1    support throughout this convention and the preplanning

2    phase.

3         The contract that is the basis of Government's

4    Exhibit A is the agreement between Turquoise Council, the

5    nonprofit that was the sponsor in this event, in which the

6    Defendant was the president.  And without going through the

7    contract in great detail, your Honor, I think the first few

8    paragraphs really get at the heart of the issue here.

9         The contract itself is a contract in which

10   Turquoise Council is legally a consultant in which PSG is

11   hiring Turquoise Council as a consultant to perform various

12   services that are addressed in the attachment to that.

13        Now, that contradicts the notion that somehow

14   Turquoise Council was hiring or contracting with PSG to help

15   it with -- organizationally.

16        To provide some additional context, the

17   Government's investigation here, both in reviewing documents

18   that were provided through the course of the Office of

19   Congressional Ethics investigation and during the course of

20   its independent investigation, the Government's

21   understanding is that in order for money to be wired

22   externally from Azerbaijan to the United States, the

23   financial regulations require there to be some type of

24   contract underlying the basis for those funds to be

25   transferred.

1      So essentially, you must produce proof of some

2   type of contract in which the funds that are being wired

3   underlie.

4      So in this case, this contract, A, is factually

5   incongruent with the representations that were made; and

6   secondly, from the Government's perspective, this contract

7   is essentially a sham contract.  It was created to fund and

8   funnel money from PSG to Turquoise Council.

9      THE COURT:  So is it your position from the very

10   beginning Mr. Oksuz was intending to conceal the true nature

11   of the relationship between Turquoise and PSG?

12      MR. PALMIERI:  Absolutely, your Honor.

13      And so the Government's investigation also found

14   that there were work orders specifically for this convention

15   between -- an agreement between PSG and SOCAR.

16      So the map of the money, which the Government will

17   also show later -- actually, it's worth turning to now, your

18   Honor.  It's the Bates-stamped Exhibit A, 1265.  That lays

19   out the budget for this, quote-unquote, "consulting

20   agreement," which is in reality just the legal and

21   contractual mechanism in which the funds were able to be

22   distributed to Turquoise Council.

23      And the Court can see there that the convention's

24   total budget is estimated to be 1.5 million.  And it is

25   itemized there with convention organization, hotel

1  accommodations, marketing and advertising, food and

2  entertainment, et cetera.

3           And the total that was wire-transferred -- and the

4  Government would have been able to prove this at trial --

5  that there was a wire transfer from PSG Azerbaijan for half

6  that amount of $750,000 from PSG Azerbaijan to Turquoise

7  Council's banking institution, to the bank account here in

8  the United States.

9           When you juxtapose this with Government's Exhibit

10  B, your Honor, which is the agreement between SOCAR and

11  AFAZ, or the Assembly of Friends of Azerbaijan, the

12  attachment -- that is an agreement that is -- purports to

13  be for Azeri SOCAR to be the sponsor of this event.  And

14  it's an agreement between AFAZ and SOCAR.

15           And what's notable, your Honor, is the very

16  second-to-the-last page of that, which is at Bates stamp

17  004, it's the exact same budget, almost verbatim, of the

18  budget and line items that are at the PSG and Turquoise

19  Council agreement.

20           From the Government's view, this is clear evidence

21  that SOCAR was driving this, your Honor.  It is -- the

22  budget is set out at 1.5 million.  What we see is $750,000

23  then being wired directly from SOCAR to AFAZ.

24           So, taking a step back, from its inception, you

25  have SOCAR, the state-owned oil company of Azerbaijan,

1    sending money directly to AFAZ.

2              You then have PSG Consulting Company in

3    Azerbaijan, that has contractual relationships with SOCAR in

4    which there are work orders in which SOCAR is sending money

5    to PSG.

6              You have a contract between PSG and Turquoise

7    Council.

8              So you see the money essentially flowing from

9    SOCAR to PSG and then from PSG ultimately to Turquoise

10   Council.

11             All in all, the money traces back from the two

12   organizations that were headed and run by the Defendant in

13   this case, with the money trail that leads directly back to

14   SOCAR and the Azerbaijani government, your Honor.

15             And so the email communications, your Honor, also

16   support the determination and conclusion here that it was

17   always SOCAR who was sponsoring this event and it was always

18   SOCAR who was driving this both logistically in terms of

19   preparation and financially.

20             For example, Government's Exhibit C, your Honor,

21   is an email sent on April 9th of 2013 from SOCAR officials

22   to the Defendant in which it's attaching invitations on

23   SOCAR letterhead dated April 4th to a number of high-profile

24   US former and/or current government officials, 31

25   invitations, your Honor.

1          I'd proffer to the Court, we only attached one

2     to --

3          THE COURT:  Thank you.

4          MR. PALMIERI:  -- minimize the amount that the

5     Court would have to review.  But they are essentially, I'll

6     proffer to the Court, identical invitations sent to 31

7     different individuals on SOCAR letterhead.  You have SOCAR

8     sending these invitations on April 4th to the Defendant's

9     email address to assist with distribution of those

10    invitations, your Honor.

11         Another example, in -- Government's Exhibit D, I

12    will proffer to the Court, your Honor, is dated April 1st.

13    Mr. Joseph Kaufman, who was the chief of staff for a member

14    of Congress who did attend this trip -- the Government

15    during the course of its investigation interviewed

16    Mr. Kaufman about this email.  And what's noteworthy, your

17    Honor, is that the attachment to it as the Government

18    understands from its investigation -- and I will proffer to

19    the Court -- was a proposed itinerary or agenda for the

20    conference that was distributed from the Defendant to

21    Mr. Kaufman directly.

22         And the Court can take note that as of April 1st,

23    the sponsor listed in that itinerary is listed as SOCAR, BP

24    and several energy companies based here in the United

25    States.

1          What was interesting from the Government's

2     perspective, your Honor, is that this is the only copy that

3     the Government found of this itinerary that had SOCAR listed

4     as a sponsor subsequent.  And what the email record showed

5     and what our investigation showed is that around this date

6     and thereafter, SOCAR was removed as a sponsor of the event.

7     And the similar --

8          THE COURT:  But at least at this point, April 1st,

9     in these emails, it is being disclosed?  SOCAR is being

10    disclosed to the invitees as a sponsor?

11         MR. PALMIERI:  Well, your Honor, this is the only

12    cases that we could find where it was listed as SOCAR.

13         I think what's also important to note, your Honor,

14    is that you see the member here, the member staff, trying to

15    figure out:  What is the objective of this conference?

16    What's this all about?

17         And this itinerary and similar itineraries like it

18    listing sponsors and organizers were attached and required

19    to be affixed to documentation that was submitted to the

20    members as part of the disclosure process and then

21    ultimately filed with the clerk of the --

22         THE COURT:  Is it your understanding,

23    Mr. Palmieri, that at least before the SOCAR information,

24    that all the invitees got that itinerary?

25         MR. PALMIERI:  No, your Honor.

1          THE COURT:  Just the people who inquired?

2          MR. PALMIERI:  This is the only example of the

3     itinerary where SOCAR was actually listed, and that's why we

4     made note of it.

5          All the other itineraries, in fact, SOCAR was not

6     listed as a sponsor.  At least from the email records that

7     we obtained from the members, from the documentations that

8     they produced, all other copies that were transmitted to the

9     members who attended the trip did not list SOCAR.

10         THE COURT:  Let's put our cards on the table here,

11    Mr. Palmieri.  What's the nefarious intent here?  What is

12    the Government's position that -- as to why Mr. Oksuz and

13    his associates were trying to conceal the involvement of

14    SOCAR in this conference?

15         MR. PALMIERI:  Well, I think at first, your Honor,

16    it could be that it would have been illegal for a foreign

17    government to sponsor member travel for this type of trip.

18         It would have been in contravention of both House

19    regulations, potentially the emoluments clause and other

20    federal laws.

21         The Government doesn't wasn't to necessarily

22    speculate as to the full breadth of laws that may have been

23    broken.  But the ethics committee report, I think the Office

24    of Congressional Ethics report, does lay out a list there of

25    what potential laws would have been broken.

 1            As for what their motive was, your Honor, again,

 2     it's not in the Government's business to speculate.  You

 3     know, I think it's notable that there are a lot of energy

 4     companies there.  You're dealing with a state-owned oil

 5     energy company attempting to bring over, you know, a

 6     substantial number of members of Congress over to Azerbaijan

 7     to have contact with them and to potentially lobby them on

 8     particular issues.

 9            But with regards to whether or not the

10     Government's investigation uncovered any specific

11     attempts --

12            THE COURT:  It's quite a lineup of speakers they

13     had there.

14            MR. PALMIERI:  Yes.

15            THE COURT:  A former vice president,

16     Congress-people.

17            MR. PALMIERI:  So, your Honor, to conclude the

18     exhibits, I think the part of the scheme here and what

19     really shines a light on the false nature of some of the

20     documents here is you have there in Government's Exhibit E

21     on April 16th a letter from the Defendant to the president

22     of the state oil company of Azerbaijan in which the gist of

23     the letter is soliciting support from SOCAR to be a sponsor

24     of the event.

25            And when you juxtapose that, this letter

1    essentially lays out what the convention is supposed to be

2    about and why SOCAR should be involved and why SOCAR should

3    be a sponsor.  It is disingenuous, to say the least, given

4    that SOCAR before even this date had been involved.

5            And from email traffic, your Honor, there are a

6    number of emails that I can proffer to the Court that show

7    before this date SOCAR was involved in the logistical

8    planning; it was involved in helping to get potential

9    sponsors; it was helping with the planning of this.

10           And so the fact that this letter creates a

11   depiction that somehow this is the first date that SOCAR is

12   being somehow solicited to be involved in the convention is

13   again undermined by the fact record in this case, your

14   Honor.

15           And finally, your Honor, with regard to the fact

16   that the Defendant was attempting to, you know, gain

17   legitimate support or funding for this convention, the last

18   email there illustrates two points:  One, it highlights

19   SOCAR's level of involvement in this.

20           You see SOCAR agents and SOCAR employees who

21   are -- they themselves are the ones who are pushing for

22   sponsorship from some of the companies that are listed in

23   that email, your Honor, during the email traffic.  You see

24   the Defendant saying -- has, you know, certain companies.

25   Are they going to sponsor?

1            It's actually the SOCAR agents and employees that

2     are saying:  No.  They've decided not to.

3            They're the ones who are corresponding with the

4     energy companies trying to solicit potential sponsorships.

5     Again, that is just another example of both the fact that

6     SOCAR was heavily involved at every aspect of this

7     convention from the very, very beginning, including the

8     funding that the Defendant himself says he tried to gain

9     legitimately.

10            So I think again, your Honor, what these are are

11     just a small sample of some documents that the Government

12     obtained during the course of its investigation and that

13     were provided by the Office of Congressional Ethics that I

14     think really show that and undermine the proposition that

15     somehow this was a Defendant who was caught off guard at the

16     last minute by a lack of funding.

17            I think I have 100 percent confidence that the

18     Government's investigation, your Honor, would have proved

19     very clearly at any trial that SOCAR was contemplated as the

20     sole sponsor, was involved at every aspect from the very,

21     very beginning of this case, your Honor.

22            With regard to the remainder of my allocution,

23     your Honor, the Government set out most of its main points

24     in its memo.  I won't waste the Court's time going into

25     great detail and repeating --

1          THE COURT:  You made some assertions in your

2     sentencing memorandum regarding the Government's belief that

3     Mr. Oksuz was engaged in some kind of weapons trafficking.

4          I'm going to direct your attention to your

5     sentencing memorandum, Page 10, going on to Page 11.  So

6     Page 10, the second full paragraph, where you ask the Court

7     to take into account Mr. Oksuz's conduct since he committed

8     the instant offense.

9          And you said, "Open-source research on a company

10    that Mr. Oksuz is associated with indicates that he was most

11    likely engaged in the sale of or marketing of manufactured

12    weapons, to include guns and rockets or grenade launchers."

13         You went on to say, "A database search by law

14    enforcement agents indicates that there exists no record of

15    Mr. Oksuz ever obtaining the export brokering license to

16    sell weapons."  And then you go on.

17         What caught my eye was you said, "Accordingly,

18    this conduct by the Defendant in attempting to sell or

19    broker weapons" -- that is quite a leap.  And I'm not sure

20    that's appropriate in this case.  I mean, it's certainly

21    concerning behavior.  But you sort of take the Government's

22    speculation as to what Mr. Oksuz is doing, how he's

23    employed, and then in your next sentence assert it as a fact

24    that you want me to take into consideration.

25         I'm not sure that's appropriate for me to do.  Why

1     do you think I should do that?

2              MR. PALMIERI:  Well, your Honor, that is a fair

3     point.

4              And I would say, then, in terms of revising to a

5     certain degree the Government's statements there, that, you

6     know, the first point is, if true, and if that is indeed

7     what the Defendant has been doing, then the Government would

8     urge the Court to take --

9              THE COURT:  But I mean, I can't take action or

10    take into consideration things that, "if true."  I have

11    nothing but speculation.  I can't take that into

12    consideration, can I?  Should I?

13             MR. PALMIERI:  Well, your Honor, I would say what

14    we do have before us and with regard to the Government's

15    inclusion of this, what I'd like to tell the Court is that,

16    you know, the Government is always trying to balance several

17    factors when it's making its allocution to the Court,

18    including whether or not there are ongoing additional

19    investigations potentially into a similar type of conduct.

20             And so I think what the Government is asserting

21    here and is not trying to make too much hay of it -- and I

22    would say that we do have the Defendant saying that he has

23    been making approximately 120-something thousand dollars a

24    year from this company.  This company on public websites

25    purports itself to be a seller and manufacturer of weapons,

1    including rocket launchers and grenades, your Honor.

2           THE COURT:  I understand.  I certainly understand

3    the Government's concern.

4           I mean, you know, to put it colloquially, the

5    Government thinks Mr. Oksuz is engaged in some shady stuff.

6    The Government wants me to be aware of that.  But I'm not

7    sure that what you provided me gives me a basis to factor

8    that in in fashioning a sentence for him, because at this

9    point is it speculation and supposition.

10           And so I understand the Government's concern.  But

11    I just don't think it's appropriate for me to factor that

12    in, because it's -- what you're saying is he's working for

13    some shady organizations and we're not sure what he's doing,

14    but he could be doing this and that.

15           I mean --

16           MR. PALMIERI:  And, your Honor, again --

17           THE COURT:  -- I assume if you have an

18    investigation, you'll bring me some facts or some sort of

19    facts.

20           MR. PALMIERI:  Yes, your Honor.  What I would say

21    is the Government felt that it should at least make the

22    Court aware of some aspect of that.

23           THE COURT:  All right.

24           MR. PALMIERI:  But I think the facts insulated to

25    this case alone justify the Government's allocution and

1     recommendation.

2              And with that, your Honor, I will dovetail to my

3     final allocution in this, your Honor.

4              THE COURT:  Yes.

5              MR. PALMIERI:  I think, your Honor, what this

6     boils down to is a matter of context and perspective both.

7              The same set of facts are undisputed by the

8     parties, but depicted in their sentencing memoranda in

9     almost diametrically opposing ways.

10             And in terms of context, the Government would

11    assert that focusing on the Defendant's conduct both before

12    and after the criminal act here really brings into context

13    exactly what the criminal conduct was in this case.

14             First, your Honor, a small point:  that the

15    Defendant said that there was no financial gain in this for

16    him.

17             First, your Honor, the Government will uncover no

18    direct payments made to the Defendant during the year in

19    which this occurred, in 2013.

20             But the Government will note that in the two years

21    following this convention, in 2014 and 2015, the Defendant

22    was paid over $200,000 by AFAZ through funds that were

23    secured through SOCAR.

24             The 990 IRS disclosure forms, your Honor, which I

25    believe are publicly available for download, show that the

1 Defendant secured a salary of approximately -- of a little

2 over 80,000 and a little over 130,000 in the subsequent

3 years following this convention, which goes to show that he

4 obviously proved he had some value to SOCAR, to say the

5 least, and was able to deliver a substantial number of

6 members of Congress and their staff to a convention there in

7 Azerbaijan, your Honor.

8 And so this also belies, I think, your Honor, the

9 motive of the Defendant, you know.  And part of the

10 depiction in the memorandum is that he was acting

11 altruistically in order to bridge cultures.

12 And, you know, the Government won't necessarily

13 dispute that that was at least a part, potentially, of his

14 motive.  And certainly the work he did before he came to the

15 United States is notable and worthy.  And also, he did some

16 good work here.  But I don't think that that somehow excuses

17 the behavior and the conduct that was committed in this

18 case, your Honor.

19 And a few additional points on those organizations

20 that he's leading:  On the issue that these are nonprofits

21 that are being used by the Defendant to, you know, elucidate

22 cultural activities and bridge cultures, again, we're not

23 disputing that to some degree that was happening, but these

24 are far from complete nonprofits that are just cultural

25 centers, your Honor.

 1          During the course of the Government's

 2     investigation, the Government also uncovered evidence that

 3     immediately following the trip the Defendant was involved in

 4     helping arrange several fundraising dinners and events for

 5     members of Congress, specifically a few that attended this

 6     trip, where tens of thousands of dollars were raised at

 7     these type of fundraising events, your Honor.

 8          The overall takeaway from our interviews of

 9     members and staffers is the Defendant was a regular around

10     the Hill and had a significant amount of contact and was

11     with some members and their staffers, your Honor.

12          And again, I think it's worth noting that on these

13     nonprofits, they certify every single year they file in

14     order to maintain their nonprofit status that they are not

15     engaged in any lobbying or political activities.

16          And I would submit to the Court that the record

17     before it and also from some investigative work that we

18     uncovered again, your Honor, belies that that is what was

19     going on, that essentially there was some lobbying going on

20     here by these nonprofits.

21          Finally, your Honor, in terms of the "pre" conduct

22     here in terms of context in looking at the Defendant's

23     actions before the crime, again, that this was a simple

24     clerical error to the extent that that is somehow being

25     asserted by the Defendant or that he mistakenly submitted

1     the forms because he was under pressure, a considerable

2     amount of work went into creating these agreements that let

3     a million and a half dollars make its way from Azerbaijan

4     into banking institutions here in the United States.  This

5     was an orchestrated plan.  It was deliberate and

6     premeditated, your Honor.

7              With regard to the Defendant's conduct after the

8     crime, your Honor, I think it's something that's been

9     missed, is that he had an opportunity even after the

10    convention to come clean.

11             And in the forms that he filed, the post-travel

12    forms that essentially certify everything that happened on

13    the -- in the trip was legitimate, he again lied immediately

14    after the trip on the forms that were filed as to who was

15    the sponsor and where the funding came from.

16             And then of course, your Honor, once a lot of this

17    came to light during the course of some news and media

18    reporting, the Defendant had an opportunity to cooperate and

19    participate in the congressional investigations.  And from

20    the reports themselves, your Honor, the Defendant refused to

21    do so.  He refused to provide any documents to the Office of

22    Congressional Ethics and he refused to be interviewed, your

23    Honor.

24             And then of course when the Government's

25    investigation went overt, he spends two and a half years in

1    a country with no formal extradition treaty while this

2    investigation plays out, your Honor.

3            The Government, as it asserted in its memorandum,

4    would submit to the Court that this is both consciousness of

5    guilt and an attempt by the Defendant to evade prosecution,

6    particularly when you take into account that he left his

7    family behind here during that entire time.

8            Your Honor, that is the context in which this

9    crime occurred.  And I'd like to conclude with perspective.

10           In terms of what really happened here, your Honor,

11   and to answer the Court's question as to why a

12   high-end-of-the-guidelines sentence would be appropriate,

13   the Government would urge the Court not to adopt the

14   Defendant's perspective of this case which, as the

15   Government reads it in the memorandum, is essentially that,

16   you know, again, that he was a nonprofit head who got in

17   over his head.

18           That is not what happened here, your Honor.

19           The Defendant was, as a record -- as the record

20   shows and what he pled to, was acting on behalf of foreign

21   interests, your Honor.  He concealed the true nature of this

22   event, skirted laws and regulations that are there to

23   maintain the integrity of our democracy and of our

24   institutions and to make sure, your Honor, that foreign

25   influence does not make its way into the Congress and to

1    make sure to the extent that there is any of that that it's

2    transparent.  And that's why these reporting laws are there.

3    That's why these regulations are there.

4         The Defendant put both those institutions and

5    those individual members in jeopardy, your Honor, bringing

6    them without their knowledge to a country that was financing

7    this trip where they had no knowledge of what those

8    financial or political motives were, your Honor.

9         The need for deterrence in the crime of foreign

10   influence, your Honor, is at its highest.

11        For that, your Honor, that is the Government's

12   perspective of this case.  It is an attempt at foreign

13   influence.  And because of the need for deterrence, the

14   Government would submit to this Court that a prison sentence

15   of 12 months is appropriate.

16        Thank you.

17        THE COURT:  Thank you, Mr. Palmieri, for that

18   allocution.

19        Mr. Inglima?

20        MR. INGLIMA:  Thank you, your Honor.  I'll

21   apologize in advance if I get a little raspy here.

22        THE COURT:  That's fine.

23        MR. INGLIMA:  It is cold and flu season.

24        Your Honor, we're before the Court for a simple

25   reason:  Kemal Oksuz has pleaded guilty.  He is guilty of

1    having lied to the US Congress and individuals of the

2    Congress's staff and members as well as the Office of

3    Congressional Ethics about the funding of the 2013

4    US-Azerbaijan convention in Baku, Azerbaijan.

5           There is no walking back of his guilt.  And we

6    stand by everything that we've submitted in our sentencing

7    be memorandum.

8           We do take exception with the narrative, but --

9    with the narrative advanced by the United States, both in

10   its filing and here today.  And I'll take some time to walk

11   through the specific rebuttal we have to many of their

12   points.

13          But the first that ought to be noted is, we

14   embrace the fact that Mr. Oksuz raised his hand before the

15   Court and pled guilty to the statement of offense, which

16   actually recites about 75 percent of what Mr. Palmieri

17   covered here today.

18          It is with respect to intentions and supposedly

19   subversive or covert motives that Mr. Palmieri takes

20   exception; and we will address those as we proceed.

21          But there is no disputing that Mr. Oksuz is

22   guilty; that he has accepted responsibility by pleading

23   guilty to a five-year felony; that he accepted

24   responsibility for both the pre-travel and the post-travel

25   filings that were misleading; and that Mr. Oksuz stands

1    before the Court remorseful, regretful, full of shame, in

2    his words, for his conduct in that regard.

3            Now, we take great exception to many of the

4    factual characterizations, including the notion that

5    Mr. Oksuz is somehow saying it was a Rose Mary Woods moment:

6    "I didn't mean to file the form.  This was an accident."

7            That's not what he said.  What Mr. Oksuz stated in

8    his submission to the Court and to the probation office is

9    that he always wanted to organize this convention for the

10   reasons that are set forth in the materials and in his

11   narrative.  But he realized that this could not be done

12   without the funding of SOCAR and he also realized that

13   disclosure of that in full detail would likely scuttle the

14   convention.  Therefore, he lied.

15           He does not accept any notion that there was an

16   impermissible purpose behind this convention.  And in fact,

17   here in Washington, we live in a community where there are

18   many individuals from the US and from abroad who try to

19   bring the interests that they believe are in both US and

20   foreign interests before members of the House, before their

21   staff.

22           He and the other individuals associated with TCAE,

23   the Turquoise conference that he led, throughout the United

24   States, the six regional heads, these were the individuals

25   who reached out and recruited members of Congress and their

1    staff to attend.

2              If they had told them that it was funded by SOCAR,

3    likely they would not have.  That's why he lied.

4              THE COURT:  But Mr. Palmieri hasn't alleged that

5    beyond concealing the nature of -- or the source of funding

6    and the true sponsor of the event that there was any

7    nefarious purpose to the event other than, you know, every

8    country wants to put its best foot forward with US

9    Government officials.

10             So I don't think Mr. Palmieri said that, unless

11   I'm mistaken.

12             MR. PALMIERI:  No, your Honor.

13             MR. INGLIMA:  Well, your Honor, the term I heard

14   repeatedly was "foreign influence."  And in the written

15   submission, the term is "subversive," as if this is a spy

16   case.  It is not, your Honor.

17             And in fact --

18             THE COURT:  We're getting those over here.

19             MR. INGLIMA:  We don't want to be mistaken with

20   that, your Honor.

21             Your Honor, let me walk through some of the

22   context that I think was either overlooked or misstated in

23   what the Government has set forth.

24             THE COURT:  All right.

25             MR. INGLIMA:  First of all, from the letters that

1     the Court has received as well as the reports that were

2     performed -- conducted by the Office of Congressional Ethics

3     and the House Committee on Ethics, it's well documented that

4     Mr. Oksuz and the various US, Turkic and Azerbaijani

5     organizations with which he was associated had been trying

6     to bring together leaders of both nations for three years

7     before the 2013 convention.  More of the emphasis in the

8     first few years was on the Turkic side of things, and then

9     in 2012 and 2013 it shifted more to the Azeri, the

10    Azerbaijani, side of things.

11            In all of these gatherings, there were

12    representatives of both governments.  In all of these

13    gatherings, there were representatives of not only SOCAR,

14    but other petroleum interests.

15            This is an area where one of the strongest

16    strategic interests between the United States and the

17    Caspian Basin countries is around energy security, as the

18    term has come to be coined.  And that is one of the driving

19    influences behind the stated preconference agenda and

20    itinerary as well as the content at the conventions

21    themselves.

22            So there was no mistake about what was happening

23    here.  There were people with interests from both sides of

24    these borders coming together and discussing how much their

25    interests aligned.

1          There was no request for something improper of any

2     member of Congress.  And multiple members of Congress

3     rejected that notion when they were interviewed by the

4     Office of Congressional Ethics.  They stated that they were

5     not improperly lobbied.  They were not importuned to do

6     anything.

7          So these conventions over time escalated in

8     attendance, in costs, in complexity and sophistication.

9          Mr. Oksuz and his organizations were involved

10     throughout.  They drew interest and support from various

11     places.  And there's no question that by 2012, the year

12     before this convention, SOCAR was providing primary funding.

13     That was a convention in the US.  There was no need to get

14     approval for travel by members of Congress.

15          Now, at that time, under a different sponsor form,

16     Mr. Oksuz did not provide detail about SOCAR's involvement.

17          But at each of these conventions -- and we can

18     provide the exhibits, because we have them, your Honor --

19     there are large pictorials that depict SOCAR's involvement.

20     There were speakers from SOCAR.  The president of Azerbaijan

21     spoke in 2013 at the Baku conference.

22          There was no hiding the fact that interested

23     parties in these conventions included representatives of not

24     only SOCAR, but the entire Republic of Azerbaijan.

25          Your Honor, SOCAR's role was granted.  It was

1    attributed.  They were given the title of sponsor in

2    conference materials.  Not just in pre-conference materials;

3    in conference materials.  And SOCAR did in fact help recruit

4    attendees.

5         Mr. Oksuz was principally responsible for setting

6    the agenda, for fanning out across the other six regions of

7    the various Turquoise associations in the United States and

8    asking those individuals to recruit members of Congress from

9    their districts or from interested districts.  And in fact,

10   there were trip sponsor forms filed by a great number of

11   those people, none of whom, I will note, have been charged.

12        That was the approach taken in order to stage the

13   conference.

14        What Mr. Oksuz described to the Court in his

15   statement, what we have in greater amplification set forth

16   in our sentencing memorandum, is that he was in fact

17   overwhelmed.  This is not our gang throwing on a show at the

18   last minute.  They had done this before.  But now they're

19   doing it abroad.  They're doing it on a larger stage.  And

20   they could not do it without SOCAR.

21        The agreements that the Government has noted, the

22   exhibits that they filed, those are the basis for the

23   statement of offense that we pled guilty to.

24        And in fact, those statements -- those documents,

25   rather, were drawn up by SOCAR and PSG.

1    Mr. Oksuz signed them, because he wanted to get

2  the funding sent.  That's how they were able to support the

3  conference.

4    And, of course, the vast majority of the funding

5  was not to support congressional travel or lodging.  The

6  vast majority of it was to secure speakers, venues,

7  transportation in state, within Baku.  You can see from the

8  itinerary there were a number of cultural and business

9  community visits woven into this multiday agenda.

10    There's a phrase in the Government's brief where

11  they say, "The Defendant was able to parade members of

12  Congress and their staff around Azerbaijan, where they were

13  exposed to substantial foreign influence."

14    We would submit that anytime members of Congress

15  travel abroad on fact-finding missions, on bridge-building

16  missions, they are exposed to foreign influence.

17    And in fact, when it is the head of state or the

18  head of a state oil company, they're quite well aware of the

19  interests and the influence that are represented there.

20    That's exactly what was the case here.  It wasn't

21  improper influence; it was simply a part and parcel of this

22  convention, your Honor.

23    And no one was blindfolded.  There were no funny

24  disguises worn.  Everybody was well aware of what they were

25  doing.

1          And I would note that no member of Congress has

2     been prosecuted for any improper conduct in connection with

3     this convention.  No one from the Republic of Azerbaijan has

4     been indicted or even to my understanding been taken to task

5     in any of the reports for their conduct in connection with

6     this convention.

7          Now, the Government also noted that Mr. Oksuz

8     received payment through AFAZ, the US organization, from

9     SOCAR in late 2014 and another two years subsequent to that.

10    That's after all of the conferences, the conventions that

11    were at issue in the investigation.  He did not have any

12    agreement to be paid during 2011, 2012, 2013 or 2014.

13          As he indicated to Probation Officer Lustig, he

14    identified his former employment with AFAZ and how it was

15    paid.  He was not hiding the fact that he was paid.  And at

16    this point, we all know that AFAZ's primarily payment source

17    was SOCAR.

18          So that was not again any intention to mislead or

19    misrepresent his connection.

20          Your Honor, there's also some bad motive assigned

21    by the Government to the fact that Mr. Oksuz was abroad for

22    a portion of this investigation.

23          Again, his guilty plea indicates where he stands

24    now.

25          In 2015, when the congressional authorities were

1          investigating, Mr. Oksuz through his prior counsel asserted

2          his Fifth Amendment privilege.  That was his right.  He

3          asserted an act-of-production privilege against responding

4          to subpoenas, where he was the sole custodian of certain

5          documents.  That was his right.

6                    He did not flee the country.  He did not lie.

7                    It's funny.  The Government in some portions of

8          their brief is saying he's lied and he's lied and he's lied.

9                    He stopped lying.  He said:  I'm not going to say

10         anything further.  And he did not make any representations

11         that further complicated or misled the Government's case.

12                   In fact, information, as you've seen in the record

13         developed here, was quite patently available at that point.

14                   In 2016, in Mr. Okay traveled to Turkey and did

15         not return to the United States until it was as a guest of

16         the Federal Bureau of Investigation in November of this

17         year -- of 2018.  When he traveled at that time, he went to

18         see his mother, who still lived in Turkey and was suffering

19         from Alzheimer's.  And if there were a desire for

20         documentation of that, we would supply it.  We have

21         previously shared that representation with the Government.

22                   He stayed in Turkey, traveling from that base to

23         various places over the course of a few months.  He did

24         change his travel arrangements multiple times because of his

25         mother's condition and his desire to be with her.

1           He did not rush back to the United States to speak

2     with the investigators who went to his house.  That is true.

3     He was not eager to engage with the investigation that then

4     was being conducted by the FBI.

5           But there were also other intervening events, your

6     Honor.  In July of 2016, there was an attempted coup in

7     Turkey.  Mr. Oksuz has been identified by the Turkish

8     government as aligned with Gulen Fethullah.  They have

9     villainized not only Gulen, but also anyone who seems to be

10    a follower of his philosophies.

11          And that resulted in Mr. Oksuz being labeled as

12    somehow responsible for this coup event, which is completely

13    untrue.

14          In fact, he was traveling from Africa back to

15    Turkey at the time of the coup.  And when he learned of the

16    coup attempt, he learned that there were basic roundups

17    being done in Turkey, and he chose to change his

18    arrangements.  He was booked to return to Istanbul.

19    Instead, he stayed abroad.

20          From that point forward, he wanted to be as close

21    to Turkey as he could be while his mother was still there.

22    He lived in Georgia, the Republic of Georgia.  He lived in

23    Armenia.  He traveled in and out of those countries.

24          If he was seeking a haven from potential Interpol

25    red notices or extradition, he was doing a very poor job of

1     it and an even poorer job because he also registered with

2     the State Department's Smart Traveler Enrollment Program.

3              And we have exhibits we can share with the Court

4     if the Government has any dispute about this showing that in

5     April of 2016 and again in 2018, he registered with that

6     service.  He checked in with the embassies, the US embassies

7     of each country to which he traveled, because he wanted as a

8     US citizen to have the protection of the US Government at a

9     time when he thought that he was at great risk and peril

10    because of Turkish roundups that were occurring.

11             So Mr. Oksuz was dealing with complications in his

12    security profile at that time, if we can put it that way.

13    He had his family travel to meet him in Spain, in Africa, in

14    Georgia, in Armenia.  He was not detached from his family.

15    But he did stay abroad for a variety of reasons, and we're

16    not going to deny that he was not eager to come back while

17    this investigation was pending.

18             He did not know he had been charged.  If he had

19    known, he would have returned.  And the best evidence of

20    that is the fact that in this supposed haven of Armenia --

21             THE COURT:  He waived extradition.

22             MR. INGLIMA:  -- he waived extradition.  He waived

23    extradition before he conferred with me about it, your

24    Honor.  That was his intention.  His intention was to return

25    to the United States.  And at that point, frankly, he felt

1    that his greatest security would be advanced by being back

2    in the United States.

3            So yes.  That is one factor the Court can look to

4    about consciousness of guilt.  He has pled guilty.

5    Consciousness of guilt is not the issue.

6            Mr. Oksuz is here because he readily agreed to

7    return.  Actually, it took far longer for his return than we

8    expected after his consent, because he wanted to accept

9    responsibility, because he wants to move forward with his

10   life and allow his family to move forward with it.

11           So finally, your Honor, the Government in various

12   ways, less amplified today orally, but certainly in writing,

13   has taken umbrage of the fact that Mr. Oksuz in their words

14   has not cooperated with the United States.

15           I normally would not depict anything about plea

16   negotiations, your Honor, but I feel it's implicated here by

17   the Government's own statements.

18           At no time did a draft of the plea agreement in

19   this case include a cooperation provision.  The Government

20   agreed to the plea agreement to which we collectively agreed

21   and entered before this Court, and Mr. Oksuz has not in any

22   way breached the spirit or the letter of that agreement.

23           In fact, Mr. Oksuz even offered to meet with the

24   Government after the sentencing hearing; and that has yet to

25   be seen.

1       But that's not a reason to punish him or sentence

2   him at the high end of the guidelines because he did not

3   come in and provide information in a five-year-old

4   investigation where the statute of limitations has run as to

5   likely most, if not all, other actors, where Mr. Oksuz was

6   not charged until the statute of limitations was about to

7   run as to him, where he was not charged with federal

8   violations or money laundering or anything else.  He was

9   charged with lying to Congress, and he pled guilty to it.

10       So he has met his responsibilities in terms of

11   taking full accountability for his conduct and not

12   attempting to shirk it.

13       Finally, your Honor, the Government cited

14   Arlington and Mr. Oksuz's employment with Arlington and the

15   fact that this is somehow a nefarious activity.

16       THE COURT:  I'm not planning on factoring that

17   into my sentence.

18       MR. INGLIMA:  Thank you, your Honor.

19       THE COURT:  You can certainly place your remarks

20   on the record for the record, but I'm not considering that.

21       MR. INGLIMA:  The only thing I'll note, your

22   Honor, is that Mr. Oksuz brought his employment with

23   Arlington to the attention of the probation office and made

24   no misrepresentations about it.  It was short-term and, in

25   our view, it was not a violation of law.

1          Finally, your Honor, I think some proportionality

2     of response is required here.

3          That is why we support the request set forth in

4     our memorandum for a sentence that gives credit for time

5     served and that imposes probation for the remaining term.

6          That would be well within the Court's right.  The

7     Court can impose a sentence of six months.  The Bureau of

8     Prisons will be required to give credit for the time served

9     thus far.

10          But because of that time served, the Court could

11     do that as a condition of probation.  It does not have to be

12     a direct order of incarceration.  The Court can fashion this

13     as probation with a term that at least six months be served

14     through confinement and the Court can note its view that

15     time served has occurred.

16          The fact is, we're at the end of a long and

17     exhaustive investigation that ran from 2014, 2015 forward.

18     Mr. Oksuz stands before the Court the one and only person

19     held responsible in this long-running investigation.  And he

20     has embraced that responsibility.

21          The Court has before it evidence, information from

22     multiple people who have known Mr. Oksuz for the better part

23     of his life.  There are letters, three from family, five

24     from friends and former colleagues, that account for the

25     fact that Mr. Oksuz is fundamentally a good person, a good

1    father, a good husband, a man of faith and charitable works

2    in the US and abroad, a man who has tried to further

3    educational interests, intercultural and multicultural

4    interests and tolerance for people of different backgrounds,

5    religions and races.  That has been his life's work.

6         Now, there is no question that he veered far from

7    the good path in what he did in this case.  And that is

8    something that he will have to take responsibility for for

9    the balance of his life, branded a felon and impaired in his

10   ability to pursue many of the things that have thus far in

11   his life been most meaningful.

12        But it won't dissuade him from trying to get back

13   on that track.  That is what he has represented to the

14   Court:  He wants to turn the page.  He wants to live the

15   life that he had been living before in a new chapter.

16        And you heard from Professor Paul Parker at

17   Elmhurst College.  You heard from Professor Scott Alexander

18   at the Catholic Theological Union in Chicago that, at his

19   core, Mr. Oksuz is that person and that they recognize and

20   they have heard from him his mistakes and his acceptance of

21   responsibility.  They have confidence that he can turn the

22   page and live a life that will vindicate the sentence that

23   we're asking the Court to impose.

24        So unless there's anything the Court wishes for me

25   to address further, that is our submission.  And we

1    appreciate the Court's patience with that presentation.

2              THE COURT:  Thank you.

3              Let me check with my court reporter before I hear

4    from Mr. Oksuz.

5              Do you need a break?

6              THE COURT REPORTER:  I'm fine, Judge.  Thank you.

7              THE COURT:  Mr. Oksuz, do you wish to speak?

8              THE DEFENDANT:  Your Honor, it'll be a little bit

9    hard for me.

10             THE COURT:  That's all right.

11             THE DEFENDANT:  But first of all, I thank you all

12   for giving me the rare opportunity for putting me under the

13   high-intensity supervision program, that I spent fabulous

14   time with my family, almost slightly over two months because

15   of this once again.  I thank you all.

16             Your Honor, standing here is a great shame on me.

17   It's a great embarrassment for me.  I'm at the age of 49,

18   50, and this is happening in my life the first time, which

19   is not easy for me, that I am passing through hard times,

20   that these hard times have helped me learn a great deal.

21   And I have taken many valuable lessons out of these hard

22   times.

23             And I'm ready to close this chapter of my life and

24   start a new chapter of my life where I promise to become a

25   better, more responsible human being.  That's my goal

1    forward:  to continue to touch the lives of others based on

2    universal ethical guidelines, values.

3              And I take full responsibility for my unlawful

4    conduct.  And I'm very sorry, and I apologize for causing

5    all these messes that I have caused.  Once again, I am

6    feeling wholly embarrassed, deeply shamed and genuine regret

7    for all these.

8              Any decision you come up, I respect.  And I am

9    very proud of being a US citizen and I'm very happy to be

10   here, your Honor.

11             Thank you.

12             THE COURT:  Thank you, Mr. Oksuz.

13             This is a difficult case.  And the Government has

14   done exemplary work in investigating and prosecuting this

15   case in a very professional manner, and the defense has done

16   a very good job in presenting its explanation and

17   Mr. Inglima in allocuting for his client.

18             I don't take these offenses lightly.  They

19   undermine the rule of law; they undermine our democracy,

20   frankly, one that this country prides itself, rightfully so,

21   on, I think, of having transparency.  And these are not --

22   some people like to call them process crimes.  I don't.  I

23   believe they -- these laws exist so that we can have

24   transparency in our government free from undue and improper

25   influence.  And when the laws are broken, I take it

1    seriously.

2           However, I have to consider not just the conduct

3    at issue, but the entirety of the Defendant's life and what

4    he's done with it.

5           So after calculating the sentencing guidelines and

6    departures and hearing the statements made by counsel for

7    the Government and for Mr. Oksuz and Mr. Oksuz himself, I

8    have to consider all the factors set forth in 18, USC,

9    Section 3553(a), and ensure that I impose a sentence

10   sufficient but not greater than necessary to comply with the

11   purposes of sentencing.

12          And that is the challenge that I have in this

13   case.

14          These purposes include the need for the sentence

15   imposed to reflect the seriousness of the offense, which

16   I've just talked about; to promote respect for the law; and

17   to provide just punishment for the offense.

18          The sentence should also deter criminal conduct,

19   protect the public from future crimes by the Defendant and

20   promote rehabilitation.

21          I also have to consider, in addition to the

22   guidelines' policy statements, the nature and circumstances

23   of the offense, the history and characteristics of the

24   Defendant, the types of sentences available and the need to

25   avoid unwarranted sentencing disparities among defendants

1   with similar records which have been found guilty of similar

2   conduct.

3           Normally, I have to consider the need to provide

4   restitution to victims, which is not necessarily a factor

5   here.

6           Now, with regard to the nature of the offense,

7   I've just discussed the fact that I think this is --

8   notwithstanding that it is a paper crime, it is still a

9   serious offense, a violation of which undermines the

10  integrity of our political and democratic system.

11          But I also have to look at Mr. Oksuz's

12  characteristics as an offender.  While I don't consider

13  myself naïve and I've never for a moment believed this was

14  simply a clerical error or -- and that's not what Mr. Oksuz

15  pleaded guilty to, and I don't think that's what he was

16  trying to claim.  I do take Mr. Palmieri's points and the

17  documentation that the Government filed as an indication

18  that Mr. Oksuz knew from the very beginning who was funding

19  this conference.

20          This wasn't sort of -- this was not the situation

21  where, you know, "We've run out of money.  We now have to go

22  to SOCAR to get money."  This was -- there was an

23  understanding that SOCAR was always bankrolling this

24  conference.

25          But I've listened carefully also to whether the

1    Government had any concern that there were -- apart from the

2    fact that the law regarding the source of the funding was

3    broken, whether there were any -- "nefarious" is the word I

4    use -- but any improper motives for that concealment other

5    than the concealment itself.  And I haven't heard of any

6    suggested bribes or other corrupt activity being undertaken

7    at that conference.  And that is something I was interested

8    in hearing about, if that happened.

9          With regard to Mr. Oksuz, Mr. Oksuz has lived an

10   exemplary life.  By every account that I've received, he has

11   tried to foster international understanding and peace and

12   charitable works.

13         At a time when in that part of the world

14   especially there is a lot of anti-American, anti-other faith

15   sentiment, it appears that Mr. Oksuz has tried to build

16   bridges and make connections and foster good relationships

17   between different factions.  And I take that into

18   consideration.  I have reviewed all the letters.  He appears

19   to be a devoted husband, son and father.

20         It also seems apparent to me that he did not want

21   to be back in this country once his involvement in this case

22   was made apparent and, you know, he had a right not to

23   participate and not to -- he had a Fifth Amendment right not

24   to incriminate himself.  I'm not going to penalize him for

25   that.  But it certainly appears to this Court that he was in

1          no hurry to get further involved in this investigation.

2                On the other hand, he did consent to extradition

3          and has cooperated since that time and entered an early plea

4          of guilty.  And so I take that into consideration as well.

5                But in fashioning a sentence for someone with

6          absolutely no criminal history and no prior record of

7          wrongdoing, I have to ask myself as I do in every case how

8          society and our community would be helped by sending

9          Mr. Oksuz to jail further.

10               And I can't frankly see that that is something

11         that has to happen.

12               Mr. Oksuz is someone who has never been in

13         violation of the law before.  He's now a felon.  He's

14         disgraced in his community.  His activities in committing

15         this crime are going to be well-known.  I mean, he may not

16         be able to continue the work that he's been doing.

17               And he's served three months in an Armenian

18         prison.  I suspect that is not a pleasant place.  I don't

19         know, but I suspect.

20               He spent a week or a little more than a week in

21         our DC Jail, which I happen to know is not a pleasant place.

22               I don't see that the purposes of sentencing are

23         going to be further advanced by sending him to prison.

24               So although 18 USC, Section 1001(a)(1)(C)(i) and

25         (C)(ii), carry a statutory maximum term of imprisonment of

 1    five years as well as a term of supervised release of not

 2    more than three years, the guideline range for these

 3    offenses is six to 12 months of imprisonment; and the

 4    supervised release range under the guidelines is one to

 5    three years.

 6         I'm unsure at this point.  I'm not -- I don't

 7    believe that a high-end sentence is warranted.  I understand

 8    the Government's position for asking for it, and I don't

 9    think the Government was unreasonable in doing so.

10         But again, taking into consideration the totality

11    of the circumstances here, I don't believe that that's

12    warranted.

13         One of the other factors I have to consider is the

14    need to avoid unwarranted sentence disparity.  And though I

15    have looked into that, across all circuits, individuals

16    sentenced under Section 2B1 with a criminal history category

17    of I received an average and median sentence of 20 and ten

18    months, respectively.  I don't think necessarily these

19    numbers are reflective of the factual scenario here.

20         This is a difficult decision.  But mindful of the

21    admonition to impose a sentence not greater than necessary

22    to accomplish the purposes of sentencing, again, I don't see

23    how further incarceration will either -- I don't think

24    Mr. Oksuz -- that the community is in need of protection

25    from further crimes he might commit, frankly.  I don't think

1    he's in need of the rehabilitation or vocational services

2    that he can receive in prison, which we all know are fairly

3    minimal and not really applicable to his situation.

4            And I think the appropriate punishment in this

5    case for his offense is for him to make good and try and

6    make up for what he did by performing community service and

7    paying a fine.

8            So based on my consideration of all the 3553(a)

9    factors, I'll now state the sentence to be imposed.

10           Mr. Oksuz, will you stand with your counsel,

11   please.

12           THE DEFENDANT:  (Complies.)

13           THE COURT:  It is the judgment of the Court that

14   you, Kemal Oksuz, are hereby committed to the custody of the

15   Bureau of Prisons for a term of time served on Count 1.  And

16   I will say in imposing the sentence I concur in most part

17   with the recommendations of the probation office, with their

18   recommended sentence, except for the term of supervised

19   release.

20           You are further sentenced to serve a term of two

21   years of supervised release and to pay a $100 special

22   assessment and a $20,000 fine.  The special assessment and

23   fine are immediately payable to the Clerk of the Court for

24   the US District Court for the District of Columbia.

25           Within 30 days of any change of address, you shall

1     notify the Clerk of the Court of the change until such time

2     as the financial obligation is paid in full.

3            The Court waives any interest or penalties that

4     may accrue on unpaid balances.

5            Within 72 hours of release from custody, you shall

6     report in person to the probation office in the district to

7     which you are released.

8            Since I have given you a sentence of time served,

9     that will be now.  You should report to the probation office

10    immediately.

11           While on supervision, you shall submit to

12    collection of DNA.  You shall not possess a firearm or other

13    dangerous weapon.  You shall not use or possess an illegal

14    controlled substance and you shall not commit another

15    federal, state or local crime.

16           You shall also abide by the general conditions of

17    supervision adopted by the US probation office as well as

18    the following special conditions which I will impose:

19           You'll be monitored by a radio frequency

20    monitoring for a period of three months and must follow the

21    rules and regulation of the location-monitoring program.

22    You must pay the costs of the program.

23           This form of location-monitoring technology will

24    be used to monitor the following restriction on your

25    movement in the community:  You are restricted to your

residence every day from 10:00 p.m. until 6:00 a.m. for the three months.

You must complete 100 hours of community service within 11 months.  The probation officer will supervise the participation in the program by approving the program.  You must provide written verification of completed hours to the probation officer.

Because the judgment imposes a financial penalty, you must pay the financial penalty in accordance with the schedule of payments' sheet of judgment.  You must also notify the Court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

Having assessed the Defendant's ability to pay, payment of the total criminal monetary penalty is due as follows:  a lump-sum payment of $10,000 due immediately and payment in equal monthly installments of $1,000 during the period of supervision to commence 30 days after the date of this judgment.

The probation office shall release the presentence investigation report to all appropriate agencies in order to execute the sentence of the Court.  Treatment agencies shall return the presentence report to the probation office upon the Defendant's completion or termination from treatment.

Pursuant to 18 USC, Section 3742, Mr. Oksuz, you have a right to appeal the sentence imposed by this Court

1    subject to certain rights of appeal that you waived as part

2    of your plea agreement in this case.

3              If you choose to appeal, you must file an appeal

4    within 14 days after the Court enters judgment.

5              If you are unable to afford the cost of an appeal,

6    you may request permission from the Court to file an appeal

7    without cost to you.

8              Pursuant to DC Circuit opinion in *United States*

9    *versus Hunter*, decided on January 12th, 2016, are there any

10   objections to the sentence imposed that are not already

11   noted on the record?

12             Mr. Palmieri?

13             MR. PALMIERI:  No, your Honor.

14             THE COURT:  Mr. Inglima?

15             MR. INGLIMA:  No, your Honor.

16             THE COURT:  All right.

17             THE PROBATION OFFICER:  Your Honor, the probation

18   office would ask that mandatory drug testing be waived for

19   him.

20             THE COURT:  Yes.  Thank you.

21             And mandatory drug testing is waived in this case,

22   given Mr. Oksuz's consistent negative test results.

23             As set forth in the plea agreement, the Government

24   pledged to move to dismiss the remaining counts of the

25   indictment against Mr. Oksuz.  Does the Government wish to

```
1    do so now?

2              MR. PALMIERI:  Yes, your Honor.

3              THE COURT:  All right.

4              MR. PALMIERI:  The Government at this time would

5    dismiss the remaining counts, your Honor, in the indictment.

6              THE COURT:  The motion is granted.  The remaining

7    counts of the indictment are is dismissed.

8              Mr. Oksuz, going forward, you have a felony

9    conviction and all the rights that you have lost as part of

10   that.  But I say this frequently, and I believe it, which is

11   that you are not the worst thing you've ever done.  You have

12   an opportunity to go forward and live a good life, live an

13   honest, law-abiding life and show your family that it's not

14   so much what you do when you fall, but how you pick yourself

15   up.

16             THE DEFENDANT:  Yes, your Honor.

17             THE COURT:  That will be the example that I charge

18   you to set for your family and your friends.

19             THE DEFENDANT:  Yes, your Honor.

20             THE COURT:  Good luck to you, sir.

21             THE DEFENDANT:  Thank you.

22             THE COURT:  Thank you all.

23             MR. INGLIMA:  Thank you, your Honor.

24             THE COURT:  Mr. Palmieri, I saw my former law

25   school classmate and hall-mate Mr. Hulser.  Please give him
```

1    my regards.

2              MR. PALMIERI:  I will, your Honor.

3              THE COURT:  Thank you all.

4              (Proceedings concluded.)

1                          **<u>CERTIFICATE</u>**

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4       certify that the foregoing constitutes a true and accurate

5       transcript of my stenographic notes, and is a full, true,

6       and complete transcript of the proceedings produced to the

7       best of my ability.

8

9

10                   Dated this 19th day of February, 2019.

11

12                   <u>/s/ Lisa Edwards, RDR, CRR</u>
                     Official Court Reporter
13                   United States District Court for the
                       District of Columbia
14                   333 Constitution Avenue, NW, Room 6706
                     Washington, DC 20001
15                   (202) 354-3269

16

17

18

19

20

21

22

23

24

25

**$**

**$1,000** [1] - 59:16
**$10,000** [1] - 59:15
**$100** [2] - 12:17,
57:21
**$2,000** [1] - 12:15
**$20,000** [3] - 12:16,
13:13, 57:22
**$200,000** [1] - 29:22
**$250,000** [1] - 12:15
**$750,000** [2] - 18:6,
18:22

**/**

**/s** [1] - 63:12

**0**

**004** [1] - 18:17

**1**

**1** [2] - 6:2, 57:15
**1.5** [2] - 17:24, 18:22
**10** [3] - 10:2, 26:5,
26:6
**100** [2] - 25:17, 59:3
**1001** [1] - 1:23
**1001(a)(1)(C)(i** [2] -
12:1, 55:24
**10:00** [1] - 59:1
**10:17** [1] - 1:7
**11** [3] - 1:7, 26:5,
59:4
**12** [6] - 9:20, 10:21,
13:12, 14:13, 34:15,
56:3
**120-something** [1] -
27:23
**1265** [1] - 17:18
**12th** [1] - 60:9
**130,000** [1] - 30:2
**14** [1] - 60:4
**1400** [1] - 1:16
**16th** [1] - 23:21
**18** [6] - 7:21, 11:25,
12:4, 52:8, 55:24,
59:24
**18-0088** [1] - 1:4
**18-88** [1] - 3:2
**19th** [1] - 63:10
**1st** [3] - 20:12, 20:22,
21:8

**2**

**20** [1] - 56:17
**20001** [2] - 2:4, 63:14
**20004** [1] - 1:23
**20005** [1] - 1:17
**2011** [1] - 42:12
**2012** [3] - 38:9,
39:11, 42:12
**2013** [7] - 19:21,
29:19, 35:3, 38:7,
38:9, 39:21, 42:12
**2014** [4] - 29:21,
42:9, 42:12, 48:17
**2015** [3] - 29:21,
42:25, 48:17
**2016** [4] - 43:14,
44:6, 45:5, 60:9
**2018** [3] - 9:15,
43:17, 45:5
**2019** [3] - 1:7, 8:1,
63:10
**202** [2] - 2:4, 63:15
**20530** [1] - 1:20
**2B1** [1] - 56:16
**2B1.1** [1] - 9:18

**3**

**30** [2] - 57:25, 59:17
**31** [2] - 19:24, 20:6
**333** [2] - 2:3, 63:14
**354-3269** [2] - 2:4,
63:15
**3553** [1] - 11:18
**3553(a** [3] - 7:22,
52:9, 57:8
**3553(a)** [1] - 13:10
**3561** [1] - 12:4
**3742** [1] - 59:24
**3E1.1(a)** [1] - 9:24

**4**

**49** [1] - 50:17
**4th** [3] - 8:1, 19:23,
20:8

**5**

**50** [1] - 50:18
**555** [1] - 1:19

**6**

**6** [1] - 9:19

**6706** [2] - 2:3, 63:14
**6:00** [1] - 59:1

**7**

**72** [1] - 58:5
**75** [1] - 35:16

**8**

**80,000** [1] - 30:2
**8th** [1] - 5:8

**9**

**990** [1] - 29:24
**9th** [1] - 19:21

**A**

**a.m** [2] - 1:7, 59:1
**abide** [1] - 58:16
**abiding** [1] - 61:13
**ability** [4] - 49:10,
59:12, 59:13, 63:7
**able** [6] - 17:21, 18:4,
30:5, 41:2, 41:11,
55:16
**abroad** [8] - 13:20,
36:18, 40:19, 41:15,
42:21, 44:19, 45:15,
49:2
**absolutely** [2] -
17:12, 55:6
**accept** [3] - 9:4,
36:15, 46:8
**acceptance** [2] -
9:22, 49:20
**accepted** [2] - 35:22,
35:23
**accident** [1] - 36:6
**accommodations**
[1] - 18:1
**accomplish** [1] -
56:22
**accordance** [1] -
59:9
**Accordingly** [1] -
26:17
**account** [6] - 13:8,
18:7, 26:7, 33:6,
48:24, 54:10
**accountability** [1] -
47:11
**accrue** [1] - 58:4
**accurate** [2] - 9:1,
63:4

**accurately** [1] -
12:22
**act** [2] - 29:12, 43:3
**act-of-production**
[1] - 43:3
**acting** [2] - 30:10,
33:20
**Action** [2] - 1:3, 3:2
**action** [1] - 27:9
**actions** [1] - 31:23
**activities** [3] - 30:22,
31:15, 55:14
**activity** [2] - 47:15,
54:6
**actors** [1] - 47:5
**addition** [1] - 52:21
**additional** [6] - 4:21,
6:2, 15:21, 16:16,
27:18, 30:19
**address** [5] - 14:12,
20:9, 35:20, 49:25,
57:25
**addressed** [1] -
16:12
**admonition** [1] -
56:21
**adopt** [1] - 33:13
**adopted** [1] - 58:17
**advance** [2] - 4:12,
5:22, 34:21
**advanced** [2] - 35:9,
46:1, 55:23
**advertising** [1] - 18:1
**advisory** [1] - 9:11
**advocating** [1] -
14:13
**AFAZ** [7] - 18:11,
18:14, 18:23, 19:1,
29:22, 42:8, 42:14
**AFAZ's** [1] - 42:16
**affect** [2] - 4:8, 59:12
**affected** [1] - 4:8
**affixed** [1] - 21:19
**afford** [1] - 60:5
**afraid** [1] - 5:2
**Africa** [2] - 44:14,
45:13
**age** [1] - 50:17
**agencies** [2] - 59:20,
59:21
**Agency** [1] - 5:8
**agenda** [4] - 20:19,
38:19, 40:6, 41:9
**Agent** [1] - 3:20
**AGENT** [1] - 3:23
**agents** [3] - 24:20,
25:1, 26:14
**aggravating** [1] - 7:9
**agree** [3] - 9:13,
10:21, 11:10

**agreed** [4] - 11:15,
46:6, 46:20
**agreement** [16] -
5:24, 10:24, 11:10,
16:4, 17:15, 17:20,
18:10, 18:12, 18:14,
18:19, 42:12, 46:18,
46:20, 46:22, 60:2,
60:23
**agreements** [2] -
32:2, 40:21
**Alexander** [2] - 6:9,
49:17
**aligned** [2] - 38:25,
44:8
**alleged** [1] - 37:4
**allocuting** [1] - 51:17
**allocution** [4] - 4:24,
25:22, 27:17, 28:25,
29:3, 34:18
**allow** [1] - 46:10
**almost** [3] - 18:17,
29:9, 50:14
**alone** [1] - 28:25
**Alparslan** [1] - 6:8
**altruistically** [1] -
30:11
**Alzheimer's** [1] -
43:19
**Amendment** [2] -
43:2, 54:23
**AMERICA** [1] - 1:3
**America** [1] - 3:2
**American** [1] - 54:14
**amount** [4] - 18:6,
20:4, 31:10, 32:2
**amplification** [1] -
40:15
**amplified** [1] - 46:12
**answer** [1] - 33:11
**anti** [2] - 54:14
**anti-American** [1] -
54:14
**anti-other** [1] - 54:14
**ANTONIO** [1] - 1:14
**anytime** [1] - 41:14
**apart** [1] - 54:1
**apologize** [2] -
34:21, 51:4
**apparent** [2] - 54:20,
54:22
**appeal** [1] - 59:25,
60:1, 60:3, 60:5, 60:6
**aPPEARANCES** [1] -
1:13
**applicable** [8] - 9:9,
9:17, 10:9, 10:22,
11:17, 11:21, 11:22,
57:3
**applies** [2] - 7:1,

9:12
**appreciate** [1] - 50:1
**approach** [1] - 40:12
**appropriate** [7] -
26:20, 26:25, 28:11,
33:12, 34:15, 57:4,
59:20
**approval** [1] - 39:14
**approving** [1] - 59:5
**April** [8] - 19:21,
19:23, 20:8, 20:12,
20:22, 21:8, 23:21,
45:5
**area** [1] - 38:15
**arguing** [2] - 10:25,
11:1
**Arlington** [3] - 47:14,
47:23
**Armenia** [6] - 13:21,
13:22, 13:24, 44:23,
45:14, 45:20
**Armenian** [1] - 55:17
**arrange** [1] - 31:4
**arrangements** [2] -
43:24, 44:18
**aspect** [3] - 25:6,
25:20, 28:22
**Assembly** [1] - 18:11
**assert** [2] - 26:23,
29:11
**asserted** [4] - 31:25,
33:3, 43:1, 43:3
**asserting** [1] - 27:20
**assertions** [2] -
14:24, 26:1
**assessed** [1] - 59:13
**assessment** [3] -
12:17, 57:22
**assigned** [1] - 42:20
**assist** [1] - 20:9
**associated** [3] -
26:10, 36:22, 38:5
**associates** [1] -
22:13
**associations** [1] -
40:7
**assume** [2] - 14:11,
28:17
**attached** [2] - 20:1,
21:18
**attaching** [1] - 19:22
**attachment** [3] -
16:12, 18:12, 20:17
**attempt** [3] - 33:5,
34:12, 44:16
**attempted** [3] -
15:10, 15:16, 44:6
**attempting** [4] -
23:5, 24:16, 26:18,
47:12

**attempts** [2] - 15:9,
23:11
**attend** [2] - 20:14,
37:1
**attendance** [1] - 39:8
**attended** [2] - 22:9,
31:5
**attendees** [1] - 40:4
**attention** [2] - 26:4,
47:23
**ATTORNEY'S** [1] -
1:18
**Attorney's** [1] - 3:15
**attorneys** [1] - 8:8
**attributed** [1] - 40:1
**authorities** [1] -
42:25
**available** [4] - 13:9,
29:25, 43:13, 52:24
**Avenue** [4] - 1:16,
1:23, 2:3, 63:14
**average** [1] - 56:17
**avoid** [2] - 52:25,
56:14
**awaiting** [1] - 13:19
**aware** [6] - 28:6,
28:22, 41:18, 41:24
**Azerbaijan** [18] -
13:18, 15:18, 16:22,
18:5, 18:6, 18:11,
18:25, 19:3, 23:6,
23:22, 30:7, 32:3,
35:4, 39:20, 39:24,
41:12, 42:3
**Azerbaijani** [2] -
19:14, 38:4, 38:10
**Azeri** [2] - 18:13,
38:9

## B

**backgrounds** [1] -
49:4
**bad** [1] - 42:20
**Baku** [3] - 35:4,
39:21, 41:7
**balance** [2] - 27:16,
49:9
**balances** [1] - 58:4
**ball** [1] - 9:12
**bank** [1] - 18:7
**banking** [2] - 18:7,
32:4
**bankrolling** [1] -
53:23
**base** [2] - 9:18, 43:22
**based** [7] - 7:8,
10:18, 11:3, 13:15,
20:24, 51:1, 57:8

**basic** [1] - 44:16
**Basin** [1] - 38:17
**basis** [4] - 16:3,
16:24, 28:7, 40:22
**Bates** [2] - 17:18,
18:16
**Bates-stamped** [1] -
17:18
**bear** [2] - 13:6, 14:8
**become** [2] - 15:12,
50:24
**BEFORE** [1] - 1:11
**beginning** [5] - 9:16,
17:10, 25:7, 25:21,
53:18
**behalf** [1] - 33:20
**behavior** [2] - 26:21,
30:17
**behind** [3] - 33:7,
36:16, 38:19
**belie** [1] - 15:22
**belief** [1] - 26:2
**belies** [2] - 30:8,
31:18
**best** [3] - 37:8,
45:19, 63:7
**better** [2] - 48:22,
50:25
**between** [10] - 12:15,
16:4, 17:11, 17:15,
18:10, 18:14, 19:6,
38:16, 54:17
**beyond** [2] - 15:15,
37:5
**bit** [1] - 50:8
**blindfolded** [1] -
41:23
**boils** [1] - 29:6
**booked** [1] - 44:18
**borders** [1] - 38:24
**BP** [1] - 20:23
**branded** [1] - 49:9
**breached** [1] - 46:22
**breadth** [1] - 22:22
**break** [1] - 50:5
**bribes** [1] - 54:6
**bridge** [3] - 30:11,
30:22, 41:15
**bridge-building** [1] -
41:15
**bridges** [1] - 54:16
**Bridget** [1] - 4:4
**brief** [2] - 41:10, 43:8
**bring** [4] - 23:5,
28:18, 36:19, 38:6
**bringing** [1] - 34:5
**brings** [1] - 29:12
**broken** [4] - 22:23,
22:25, 51:25, 54:3
**broker** [1] - 26:19

**brokering** [1] - 26:15
**brought** [1] - 47:22
**budget** [5] - 17:19,
17:24, 18:17, 18:18,
18:22
**build** [1] - 54:15
**building** [1] - 41:15
**Bureau** [2] - 43:16,
48:7, 57:15
**business** [2] - 23:2,
41:8
**BY** [1] - 2:1

## C

**c)(ii** [1] - 12:1
**C)(ii** [1] - 55:25
**calculates** [1] -
10:20
**calculating** [1] - 52:5
**calculation** [5] - 7:4,
9:11, 9:14, 9:15, 10:3
**calculations** [1] -
10:14
**cards** [1] - 22:10
**carefully** [1] - 53:25
**Carr** [1] - 4:4
**carries** [1] - 12:1
**carry** [1] - 55:25
**case** [38] - 5:15, 7:1,
7:13, 7:15, 7:23, 8:8,
9:12, 9:17, 11:17,
12:21, 12:24, 13:8,
14:14, 15:4, 15:14,
17:4, 19:13, 24:13,
25:21, 26:20, 28:25,
29:13, 30:18, 33:14,
34:12, 37:16, 41:20,
43:11, 46:19, 49:7,
51:13, 51:15, 52:13,
54:21, 55:7, 57:5,
60:2, 60:21
**cases** [1] - 21:12
**Caspian** [1] - 38:17
**category** [4] - 10:10,
10:12, 10:19, 56:16
**Catholic** [1] - 49:18
**caught** [2] - 25:15,
26:17
**caused** [1] - 51:5
**causing** [1] - 51:4
**centers** [1] - 30:25
**certain** [4] - 24:24,
27:5, 43:4, 60:1
**certainly** [6] - 26:20,
28:2, 30:14, 46:12,
47:19, 54:25
**CERTIFICATE** [1] -
63:1

**certify** [3] - 31:13,
32:12, 63:4
**cetera** [1] - 18:2
**challenge** [1] - 52:12
**change** [4] - 43:24,
44:17, 57:25, 58:1
**changes** [1] - 59:11
**chapter** [3] - 49:15,
50:23, 50:24
**characteristics** [3] -
9:20, 52:23, 53:12
**characterization** [1]
- 15:23
**characterizations**
[1] - 36:4
**charge** [2] - 11:24,
61:17
**charged** [5] - 40:11,
45:18, 47:6, 47:7,
47:9
**charitable** [2] - 49:1,
54:12
**check** [1] - 50:3
**checked** [1] - 45:6
**Chicago** [1] - 49:18
**chief** [1] - 20:13
**children** [1] - 6:8
**choose** [1] - 60:3
**chose** [1] - 44:17
**CHUTKAN** [1] - 1:11
**Cinar** [1] - 6:9
**Circuit** [1] - 60:10
**circuits** [1] - 56:15
**circumstances** [6] -
9:5, 12:8, 13:15,
52:22, 56:11, 59:11
**cited** [1] - 47:13
**citizen** [2] - 45:8,
51:9
**claim** [1] - 53:16
**Class** [1] - 12:6
**classmate** [1] -
61:25
**clause** [1] - 22:19
**clean** [1] - 32:10
**clear** [1] - 18:20
**clearly** [1] - 25:19
**clerical** [2] - 31:24,
53:14
**Clerk** [2] - 57:23,
58:1
**CLERK** [1] - 5:5
**clerk** [2] - 5:6, 21:21
**client** [2] - 8:17,
51:17
**close** [3] - 5:11,
44:20, 50:23
**coined** [1] - 38:18
**cold** [1] - 34:23

colleagues [1] - 48:24
collection [1] - 58:12
collectively [1] - 46:20
College [1] - 49:17
colloquially [1] - 28:4
COLUMBIA [2] - 1:1, 1:19
Columbia [3] - 2:2, 57:24, 63:13
coming [2] - 3:8, 38:24
commence [1] - 59:17
commit [2] - 56:25, 58:14
committed [3] - 26:7, 30:17, 57:14
committee [2] - 11:25, 22:23
Committee [1] - 38:3
committing [1] - 55:14
communications [1] - 19:15
community [9] - 12:9, 36:17, 41:9, 55:8, 55:14, 56:24, 57:6, 58:25, 59:3
companies [5] - 20:24, 23:4, 24:22, 24:24, 25:4
company [8] - 15:18, 18:25, 23:5, 23:22, 26:9, 27:24, 41:18
Company [1] - 19:2
complete [3] - 30:24, 59:3, 63:6
completed [1] - 59:6
completely [2] - 9:1, 44:12
completion [1] - 59:23
complexity [1] - 39:8
compliance [1] - 5:13
complicated [1] - 43:11
complications [1] - 45:11
complied [1] - 5:16
complies [1] - 57:12
comply [1] - 52:10
conceal [1] - 11:24, 17:10, 22:13
concealed [1] - 33:21
concealing [1] - 37:5

concealment [2] - 54:4, 54:5
concern [3] - 28:3, 28:10, 54:1
concerning [1] - 26:21
conclude [2] - 23:17, 33:9
concluded [1] - 62:4
conclusion [1] - 19:16
concur [1] - 57:16
condition [3] - 12:8, 43:25, 48:11
conditions [4] - 5:14, 5:17, 58:16, 58:18
conduct [16] - 26:7, 26:18, 27:19, 29:11, 29:13, 30:17, 31:21, 32:7, 36:2, 42:2, 42:5, 47:11, 51:4, 52:2, 52:18, 53:2
conducted [2] - 38:2, 44:4
conference [13] - 20:20, 21:15, 22:14, 36:23, 39:21, 40:2, 40:3, 40:13, 41:3, 53:19, 53:24, 54:7
conferences [1] - 42:10
conferred [1] - 45:23
confidence [2] - 25:17, 49:21
confinement [1] - 48:14
Congress [16] - 20:14, 23:6, 23:16, 30:6, 31:5, 33:25, 35:1, 36:25, 39:2, 39:14, 40:8, 41:12, 41:14, 42:1, 47:9
Congress's [1] - 35:2
Congress-people [1] - 23:16
Congressional [7] - 16:19, 22:24, 25:13, 32:22, 35:3, 38:2, 39:4
congressional [3] - 32:19, 41:5, 42:25
connection [4] - 8:13, 42:2, 42:5, 42:19
connections [1] - 54:16
consciousness [3] - 33:4, 46:4, 46:5
consent [2] - 46:8,

55:2
consider [10] - 4:19, 7:20, 10:23, 11:18, 52:2, 52:8, 52:21, 53:3, 53:12, 56:13
considerable [1] - 32:1
consideration [10] - 7:22, 9:25, 14:8, 26:24, 27:10, 27:12, 54:18, 55:4, 56:10, 57:8
considering [3] - 4:17, 7:8, 47:20
consistent [1] - 60:22
constitutes [1] - 63:4
Constitution [2] - 2:3, 63:14
consultant [2] - 16:10, 16:11
consulting [1] - 17:19
Consulting [1] - 19:2
contact [2] - 23:7, 31:10
contemplated [1] - 25:19
content [1] - 38:20
context [7] - 16:16, 29:6, 29:10, 29:12, 31:22, 33:8, 37:22
continue [2] - 51:1, 55:16
contract [10] - 16:3, 16:7, 16:9, 16:24, 17:2, 17:4, 17:6, 17:7, 19:6
contracted [1] - 15:25
contracting [1] - 16:14
contractual [2] - 17:21, 19:3
contradicts [1] - 16:13
contravention [1] - 22:18
control [1] - 15:15
controlled [1] - 58:14
convention [22] - 15:11, 16:1, 17:14, 17:25, 24:1, 24:12, 24:17, 25:7, 29:21, 30:3, 30:6, 32:10, 35:4, 36:9, 36:14, 36:16, 38:7, 39:12, 39:13, 41:22, 42:3, 42:6

convention's [1] - 17:23
conventions [5] - 38:20, 39:7, 39:17, 39:23, 42:10
conviction [2] - 12:14, 61:9
cooperate [1] - 32:18
cooperated [2] - 46:14, 55:3
cooperation [1] - 46:19
copies [2] - 5:6, 22:8
copy [3] - 5:23, 5:24, 21:2
core [1] - 49:19
correct [6] - 4:24, 11:5, 11:6, 11:8, 11:12, 13:18
correctly [1] - 5:12
corresponding [1] - 25:3
corrupt [1] - 54:6
cost [2] - 60:5, 60:7
costs [2] - 39:8, 58:22
Council [9] - 16:4, 16:10, 16:11, 16:14, 17:8, 17:22, 18:19, 19:7, 19:10
Council's [1] - 18:7
counsel [7] - 5:22, 6:4, 12:22, 14:6, 43:1, 52:6, 57:10
Count [1] - 57:15
count [1] - 12:17
countries [2] - 38:17, 44:23
country [7] - 33:1, 34:6, 37:8, 43:6, 45:7, 51:20, 54:21
counts [3] - 60:24, 61:5, 61:7
coup [4] - 44:6, 44:12, 44:15, 44:16
course [10] - 16:18, 16:19, 20:15, 25:12, 31:1, 32:16, 32:17, 32:24, 41:4, 43:23
court [2] - 4:7, 50:3
COURT [69] - 1:1, 3:5, 3:18, 3:21, 3:24, 4:6, 5:2, 5:6, 5:11, 6:15, 6:17, 8:6, 8:10, 8:15, 8:20, 9:2, 10:7, 10:9, 10:16, 10:18, 11:7, 11:9, 11:14, 11:16, 13:2, 13:4, 13:22, 14:1, 14:4, 14:11, 14:20, 17:9,

20:3, 21:8, 21:22, 22:1, 22:10, 23:12, 23:15, 26:1, 27:9, 28:2, 28:17, 28:23, 29:4, 34:17, 34:22, 37:4, 37:18, 37:24, 45:21, 47:16, 47:19, 50:2, 50:6, 50:7, 50:10, 51:12, 57:13, 60:14, 60:16, 60:20, 61:3, 61:6, 61:17, 61:20, 61:22, 61:24, 62:3
Court [52] - 2:1, 2:2, 6:23, 15:7, 17:23, 20:1, 20:5, 20:6, 20:12, 20:19, 20:22, 24:6, 26:6, 27:8, 27:15, 27:17, 28:22, 31:16, 33:4, 33:13, 34:14, 34:24, 35:15, 36:1, 36:8, 38:1, 40:14, 45:3, 46:3, 46:21, 48:7, 48:10, 48:12, 48:14, 48:18, 48:21, 49:14, 49:23, 49:24, 54:25, 57:13, 57:23, 57:24, 58:1, 58:3, 59:11, 59:21, 59:25, 60:4, 60:6, 63:12, 63:13
Court's [7] - 4:25, 14:23, 15:20, 25:24, 33:11, 48:6, 50:1
courthouse [1] - 4:9
COURTROOM [4] - 3:1, 3:7, 3:12, 4:2
cover [1] - 11:24
covered [1] - 35:17
covert [1] - 35:19
created [4] - 15:12, 15:15, 15:17, 17:7
creates [1] - 24:10
creating [1] - 32:2
credit [2] - 48:4, 48:8
crime [7] - 31:23, 32:8, 33:9, 34:9, 53:8, 55:15, 58:15
crimes [3] - 51:22, 52:19, 56:25
criminal [13] - 7:8, 10:9, 10:11, 10:12, 10:13, 10:19, 14:15, 29:12, 29:13, 52:18, 55:6, 56:16, 59:14
Criminal [2] - 1:3, 3:2
CRIMINAL [1] - 1:15
CROWELL [1] - 1:22
CRR [3] - 2:1, 63:3,

63:12
**CRYSTAL** [1] - 1:25
**cultural** [3] - 30:22, 30:24, 41:8
**cultures** [2] - 30:11, 30:22
**current** [1] - 19:24
**custodian** [1] - 43:4
**custody** [2] - 57:14, 58:5

## D

**dangerous** [1] - 58:13
**database** [1] - 26:13
**date** [5] - 21:5, 24:4, 24:7, 24:11, 59:17
**dated** [3] - 5:8, 19:23, 20:12
**Dated** [1] - 63:10
**David** [2] - 3:4, 3:15
**DAVID** [1] - 1:18
**days** [4] - 13:25, 57:25, 59:17, 60:4
**DC** [10] - 1:6, 1:17, 1:20, 1:23, 2:4, 3:15, 14:1, 55:21, 60:8, 63:14
**deal** [1] - 50:20
**dealing** [2] - 23:4, 45:11
**decided** [2] - 25:2, 60:9
**decision** [4] - 7:5, 13:6, 51:8, 56:20
**deeply** [1] - 51:6
**Defendant** [33] - 1:7, 4:3, 15:10, 15:25, 16:6, 19:12, 19:22, 20:20, 23:21, 24:16, 24:24, 25:8, 25:15, 26:18, 27:7, 27:22, 29:15, 29:18, 29:21, 30:1, 30:9, 30:21, 31:3, 31:9, 31:25, 32:18, 32:20, 33:5, 33:19, 34:4, 41:11, 52:19, 52:24
**DEFENDANT** [10] - 1:22, 5:10, 8:9, 8:14, 50:8, 50:11, 57:12, 61:16, 61:19, 61:21
**Defendant's** [9] - 15:6, 20:8, 29:11, 31:22, 32:7, 33:14, 52:3, 59:13, 59:23
**defendants** [1] - 52:25

**defense** [2] - 14:24, 51:15
**degree** [2] - 27:5, 30:23
**delay** [1] - 4:7
**delays** [1] - 4:7
**deliberate** [1] - 32:5
**deliver** [1] - 30:5
**democracy** [2] - 33:23, 51:19
**democratic** [1] - 53:10
**demonstrated** [1] - 9:22
**deny** [1] - 45:16
**DEPARTMENT** [1] - 1:14
**Department's** [1] - 45:2
**department's** [1] - 8:11
**departure** [1] - 7:10, 10:25
**departures** [3] - 10:1, 10:23, 52:6
**depict** [3] - 15:9, 39:19, 46:15
**depicted** [1] - 29:8
**depiction** [2] - 24:11, 30:10
**DEPUTY** [4] - 3:1, 3:7, 3:12, 4:2
**describe** [1] - 11:22
**described** [1] - 40:14
**desire** [2] - 43:19, 43:25
**desk** [1] - 3:9
**desperate** [1] - 15:13
**detached** [1] - 45:14
**detail** [4] - 16:7, 25:25, 36:13, 39:16
**detained** [2] - 13:20, 13:24
**deter** [1] - 52:18
**determination** [2] - 9:9, 19:16
**determinations** [1] - 8:3
**determine** [2] - 6:21, 6:25
**determined** [1] - 10:22
**deterrence** [2] - 34:9, 34:13
**developed** [1] - 43:13
**devoted** [1] - 54:19
**diametrically** [1] - 29:9
**different** [4] - 20:7,

39:15, 49:4, 54:17
**difficult** [2] - 51:13, 56:20
**dinners** [1] - 31:4
**direct** [3] - 26:4, 29:18, 48:12
**directly** [4] - 18:23, 19:1, 19:13, 20:21
**disclosed** [2] - 21:9, 21:10
**disclosure** [3] - 21:20, 29:24, 36:13
**discuss** [2] - 4:24, 13:5
**discussed** [4] - 8:18, 10:19, 11:20, 53:7
**discussing** [1] - 38:24
**disgraced** [1] - 55:14
**disguises** [1] - 41:24
**disingenuous** [1] - 24:3
**dismayed** [1] - 4:16
**dismiss** [2] - 60:24, 61:5
**dismissed** [1] - 61:7
**disparities** [1] - 52:25
**disparity** [1] - 56:14
**dispute** [2] - 30:13, 45:4
**disputed** [1] - 8:20
**disputing** [2] - 30:23, 35:21
**dissuade** [1] - 49:12
**distributed** [2] - 17:22, 20:20
**distribution** [1] - 20:9
**DISTRICT** [4] - 1:1, 1:1, 1:12, 1:19
**district** [2] - 58:6, 63:13
**District** [5] - 2:2, 2:2, 57:24, 63:13
**districts** [2] - 40:9
**DIVISION** [1] - 1:15
**Division** [1] - 3:16
**DNA** [1] - 58:12
**documentation** [3] - 21:19, 43:20, 53:17
**documentations** [1] - 22:7
**documented** [1] - 38:3
**documents** [8] - 4:17, 5:21, 16:17, 23:20, 25:11, 32:21, 40:24, 43:5
**dollars** [3] - 27:23,

31:6, 32:3
**done** [9] - 7:4, 9:15, 36:11, 40:18, 44:17, 51:14, 51:15, 52:4, 61:11
**dovetail** [1] - 29:2
**down** [1] - 29:6
**download** [1] - 29:25
**draft** [1] - 46:18
**drawn** [1] - 40:25
**drew** [1] - 39:10
**driving** [3] - 18:21, 19:18, 38:18
**drug** [2] - 60:18, 60:21
**due** [2] - 59:14, 59:15
**during** [12] - 4:24, 5:14, 16:19, 20:15, 24:23, 25:12, 29:18, 31:1, 32:17, 33:7, 42:12, 59:16

## E

**eager** [2] - 44:3, 45:16
**early** [1] - 55:3
**easy** [1] - 50:19
**economic** [1] - 59:11
**educational** [1] - 49:3
**Edwards** [1] - 63:12
**EDWARDS** [2] - 2:1, 63:3
**eight** [1] - 13:25
**either** [3] - 9:3, 37:22, 56:23
**Ekren** [1] - 6:9
**EKREN** [1] - 6:10
**eligible** [1] - 12:5
**Elmhurst** [1] - 49:17
**elucidate** [1] - 30:21
**email** [10] - 19:15, 19:21, 20:9, 20:16, 21:4, 22:6, 24:5, 24:18, 24:23
**emails** [2] - 21:9, 24:6
**embarrassed** [1] - 51:6
**embarrassment** [1] - 50:17
**embassies** [2] - 45:6
**embrace** [1] - 35:14
**embraced** [1] - 48:20
**emoluments** [1] - 22:19
**emphasis** [1] - 38:7

**employed** [1] - 26:23
**employees** [2] - 24:20, 25:1
**employment** [3] - 42:14, 47:14, 47:22
**encourage** [1] - 7:18
**end** [6] - 14:14, 14:17, 33:12, 47:2, 48:16, 56:7
**energy** [5] - 20:24, 23:3, 23:25, 25:4, 38:17
**enforcement** [1] - 26:14
**engage** [1] - 44:3
**engaged** [4] - 26:3, 26:11, 28:5, 31:15
**Enrollment** [1] - 45:2
**ensure** [1] - 52:9
**entered** [2] - 46:21, 55:3
**enters** [1] - 60:4
**entertainment** [1] - 18:2
**entire** [2] - 33:7, 39:24
**entirety** [2] - 5:14, 52:3
**entitles** [1] - 9:23
**equal** [1] - 59:16
**error** [2] - 31:24, 53:14
**escalated** [1] - 39:7
**especially** [1] - 54:14
**ESQ** [3] - 1:14, 1:18, 1:22
**essentially** [8] - 17:1, 17:7, 19:8, 20:5, 24:1, 31:19, 32:12, 33:15
**estimated** [1] - 17:24
**estimates** [1] - 7:3
**et** [1] - 18:2
**ethical** [1] - 51:2
**ethics** [2] - 11:25, 22:23
**Ethics** [8] - 16:19, 22:24, 25:13, 32:22, 35:3, 38:2, 38:3, 39:4
**evade** [1] - 33:5
**event** [7] - 16:5, 18:13, 19:17, 21:6, 23:24, 33:22, 37:6, 37:7, 44:12
**events** [3] - 31:4, 31:7, 44:5
**evidence** [4] - 18:20, 31:2, 45:19, 48:21
**exact** [1] - 18:17
**exactly** [3] - 14:2,

29:13, 41:20
**example** [5] - 19:20, 20:11, 22:2, 25:5, 61:17
**except** [1] - 57:18
**exception** [3] - 35:8, 35:20, 36:3
**excuse** [1] - 13:22
**excuses** [1] - 30:16
**execute** [1] - 59:21
**exemplary** [2] - 51:14, 54:10
**exhaustive** [1] - 48:17
**Exhibit** [7] - 6:2, 16:4, 17:18, 18:9, 19:20, 20:11, 23:20
**exhibits** [6] - 4:21, 15:22, 23:18, 39:18, 40:22, 45:3
**Exhibits** [2] - 4:22, 6:2
**exist** [2] - 12:9, 51:23
**exists** [1] - 26:14
**expected** [1] - 46:8
**experiences** [1] - 7:23
**explain** [1] - 14:16
**explanation** [1] - 51:16
**export** [1] - 26:15
**exposed** [2] - 41:13, 41:16
**extent** [2] - 31:24, 34:1
**externally** [2] - 15:12, 16:22
**extra** [1] - 5:6
**extradition** [7] - 13:19, 33:1, 44:25, 45:21, 45:22, 45:23, 55:2
**extraordinary** [1] - 12:8
**eye** [1] - 26:17

### F

**fabulous** [1] - 50:13
**faces** [1] - 12:11
**fact** [31] - 5:15, 8:20, 9:7, 22:5, 24:10, 24:13, 24:15, 25:5, 26:23, 35:14, 36:16, 37:17, 39:22, 40:3, 40:9, 40:16, 40:24, 41:15, 41:17, 42:15, 42:21, 43:12, 44:14, 45:20, 46:13, 46:23,

47:15, 48:16, 48:25, 53:7, 54:2
**fact-finding** [1] - 41:15
**factions** [1] - 54:17
**factor** [4] - 28:7, 28:11, 46:3, 53:4
**factoring** [1] - 47:16
**factors** [12] - 7:9, 7:22, 11:19, 13:5, 13:10, 14:8, 15:11, 15:15, 27:17, 52:8, 56:13, 57:9
**facts** [9] - 7:21, 9:6, 11:25, 13:15, 15:23, 28:18, 28:19, 28:24, 29:7
**factual** [5] - 8:3, 8:22, 9:4, 36:4, 56:19
**factually** [1] - 17:4
**fair** [3] - 7:20, 14:8, 27:2
**fairly** [1] - 57:2
**faith** [2] - 49:1, 54:14
**fall** [1] - 61:14
**false** [1] - 23:19
**falsify** [1] - 11:24
**family** [8] - 33:7, 45:13, 45:14, 46:10, 48:23, 50:14, 61:13, 61:18
**fanning** [1] - 40:6
**far** [5] - 30:24, 46:7, 48:9, 49:6, 49:10
**fashion** [2] - 7:20, 48:12
**fashioning** [2] - 28:8, 55:5
**father** [2] - 49:1, 54:19
**favor** [1] - 5:15
**FBI** [2] - 3:19, 44:4
**February** [4] - 1:7, 5:8, 8:1, 63:10
**federal** [3] - 22:20, 47:7, 58:15
**Federal** [1] - 43:16
**felon** [2] - 49:9, 55:13
**felony** [3] - 12:6, 35:23, 61:8
**felt** [2] - 28:21, 45:25
**Fethullah** [1] - 44:8
**few** [7] - 14:24, 15:21, 16:7, 30:19, 31:5, 38:8, 43:23
**Fifth** [2] - 43:2, 54:23
**figure** [1] - 21:15
**file** [5] - 15:2, 31:13, 36:6, 60:3, 60:6

**filed** [8] - 8:1, 8:12, 21:21, 32:11, 32:14, 40:10, 40:22, 53:17
**filing** [2] - 15:1, 35:10
**filings** [1] - 35:25
**final** [4] - 7:4, 7:25, 13:6, 29:3
**finally** [5] - 24:15, 31:21, 46:11, 47:13, 48:1
**financial** [7] - 16:23, 29:15, 34:8, 58:2, 59:8, 59:9, 59:12
**financially** [1] - 19:19
**financing** [1] - 34:6
**findings** [1] - 9:7
**fine** [9] - 12:9, 12:14, 12:15, 13:12, 34:22, 50:6, 57:7, 57:22, 57:23
**firearm** [1] - 58:12
**first** [14] - 6:21, 14:24, 15:24, 16:7, 22:15, 24:11, 27:6, 29:14, 29:17, 35:13, 37:25, 38:8, 50:11, 50:18
**five** [6] - 12:3, 12:5, 35:23, 47:3, 48:23, 56:1
**five-year** [1] - 35:23
**five-year-old** [1] - 47:3
**flee** [1] - 43:6
**Floor** [1] - 1:16
**flowing** [1] - 19:8
**flu** [1] - 34:23
**focusing** [1] - 29:11
**follow** [1] - 58:20
**follower** [1] - 44:10
**following** [8] - 5:21, 12:7, 12:12, 29:21, 30:3, 31:3, 58:18, 58:24
**follows** [2] - 9:16, 59:15
**food** [1] - 18:1
**foot** [1] - 37:8
**FOR** [5] - 1:1, 1:14, 1:18, 1:22, 1:25
**foregoing** [1] - 63:4
**foreign** [10] - 15:14, 22:16, 33:20, 33:24, 34:9, 34:12, 36:20, 37:14, 41:13, 41:16
**form** [1] - 36:6, 36:15, 58:23
**formal** [1] - 33:1

**former** [5] - 19:24, 23:15, 42:14, 48:24, 61:24
**forms** [6] - 29:24, 32:1, 32:11, 32:12, 32:14, 40:10
**forth** [9] - 7:21, 8:3, 8:22, 36:10, 37:23, 40:15, 48:3, 52:8, 60:23
**forward** [8] - 37:8, 44:20, 46:9, 46:10, 48:17, 51:1, 61:8, 61:12
**foster** [2] - 54:11, 54:16
**four** [1] - 6:20
**Fourth** [1] - 1:19
**framework** [1] - 12:23
**frankly** [4] - 45:25, 51:20, 55:10, 56:25
**free** [1] - 51:24
**frequency** [1] - 58:19
**frequently** [1] - 61:10
**Friday** [4] - 4:16, 4:20, 5:8, 15:1
**Friends** [1] - 18:11
**friends** [2] - 48:24, 61:18
**full** [9] - 5:13, 22:22, 26:6, 36:1, 36:13, 47:11, 51:3, 58:2, 63:5
**fully** [1] - 8:7
**fund** [1] - 17:7
**fundamentally** [1] - 48:25
**funded** [1] - 37:2
**funding** [14] - 15:14, 15:19, 24:17, 25:8, 25:16, 32:15, 35:3, 36:12, 37:5, 39:12, 41:2, 41:4, 53:18, 54:2
**fundraising** [2] - 31:4, 31:7
**funds** [5] - 15:10, 16:24, 17:2, 17:21, 29:22
**funnel** [1] - 17:8
**funny** [2] - 41:23, 43:7
**future** [1] - 52:19

### G

**gain** [3] - 24:16,

25:8, 29:15
**gang** [1] - 40:17
**gatherings** [2] - 38:11, 38:13
**general** [1] - 58:16
**generally** [1] - 11:22
**genuine** [1] - 51:6
**Georgia** [3] - 44:22, 45:14
**gist** [1] - 23:22
**given** [5] - 14:15, 24:3, 40:1, 58:8, 60:22
**goal** [1] - 50:25
**GONELL** [1] - 3:21
**Gounaud** [1] - 3:20
**GOUNAUD** [2] - 3:23
**Government** [54] - 3:11, 4:17, 4:18, 6:2, 7:12, 8:2, 8:12, 9:21, 14:16, 15:2, 17:16, 18:4, 20:14, 20:17, 21:3, 22:21, 25:11, 25:23, 27:7, 27:16, 27:20, 28:5, 28:6, 28:21, 29:10, 29:17, 29:20, 30:12, 31:2, 33:3, 33:13, 33:15, 34:14, 37:9, 37:23, 40:21, 42:7, 42:21, 43:7, 43:21, 45:4, 45:8, 46:11, 46:19, 46:24, 47:13, 51:13, 52:7, 53:17, 54:1, 56:9, 60:23, 60:25, 61:4
**GOVERNMENT** [1] - 1:14
**government** [6] - 15:14, 19:14, 19:24, 22:17, 44:8, 51:24
**Government's** [33] - 7:2, 15:11, 15:4, 15:8, 16:3, 16:17, 16:20, 17:6, 17:13, 18:9, 18:20, 19:20, 20:11, 21:1, 22:12, 23:2, 23:10, 23:20, 25:18, 26:2, 26:21, 27:5, 27:14, 28:3, 28:10, 28:25, 31:1, 32:24, 34:11, 41:10, 43:11, 46:17, 56:8
**governments** [1] - 38:12
**granted** [2] - 39:25, 61:6
**great** [8] - 16:7, 25:25, 36:3, 40:10, 45:9, 50:16, 50:17,

50:20
**greater** [3] - 40:15, 52:10, 56:21
**greatest** [1] - 46:1
**grenade** [1] - 26:12
**grenades** [1] - 28:1
**grounds** [1] - 11:2
**guard** [1] - 25:15
**guest** [1] - 43:15
**guideline** [6] - 9:9, 9:11, 9:17, 11:3, 14:7, 56:2
**Guideline** [1] - 9:18
**guidelines** [21] - 7:1, 7:5, 7:10, 9:9, 9:15, 9:16, 10:20, 10:22, 11:4, 11:19, 11:22, 12:13, 12:15, 12:19, 12:23, 13:9, 33:12, 47:2, 51:2, 52:5, 56:4
**guidelines'** [1] - 52:22
**guilt** [4] - 33:5, 35:5, 46:4, 46:5
**guilty** [12] - 34:25, 35:15, 35:22, 35:23, 40:23, 42:23, 46:4, 47:9, 53:1, 53:15, 55:4
**Gulen** [2] - 44:8, 44:9
**guns** [1] - 26:12

# H

**half** [3] - 18:5, 32:3, 32:25
**hall** [1] - 61:25
**hall-mate** [1] - 61:25
**hand** [2] - 35:14, 55:2
**happy** [1] - 51:9
**hard** [4] - 50:9, 50:19, 50:20, 50:21
**haven** [2] - 44:24, 45:20
**hay** [1] - 27:21
**head** [4] - 33:16, 33:17, 41:17, 41:18
**headed** [1] - 19:12
**heads** [1] - 36:24
**hear** [4] - 4:16, 7:11, 14:6, 50:3
**heard** [6] - 7:14, 37:13, 49:16, 49:17, 49:20, 54:5
**HEARING** [1] - 1:11
**hearing** [5] - 5:22, 9:3, 46:24, 52:6, 54:8
**heart** [1] - 16:8

**heavily** [1] - 25:6
**held** [3] - 13:18, 13:23, 48:19
**help** [2] - 16:14, 40:3
**helped** [1] - 50:20, 55:8
**helping** [3] - 24:8, 24:9, 31:4
**hereby** [2] - 57:14, 63:3
**hide** [1] - 9:12
**hiding** [2] - 39:22, 42:15
**high** [8] - 5:17, 14:14, 14:17, 19:23, 33:12, 47:2, 50:13, 56:7
**high-end** [1] - 56:7
**high-end-of-the-guidelines** [1] - 33:12
**high-intensity** [2] - 5:17, 50:13
**high-profile** [1] - 19:23
**highest** [1] - 34:10
**highlight** [1] - 15:21
**highlights** [1] - 24:18
**Hill** [1] - 31:10
**himself** [3] - 25:8, 52:7, 54:24
**hiring** [2] - 16:11, 16:14
**HISP** [1] - 14:3
**history** [10] - 7:8, 7:23, 10:10, 10:11, 10:12, 10:13, 10:19, 52:23, 55:6, 56:16
**hold** [1] - 7:17
**home** [1] - 4:13
**honest** [1] - 61:13
**Honor** [123] - 3:1, 3:10, 3:14, 3:17, 4:1, 4:2, 4:25, 5:5, 5:10, 6:14, 6:16, 8:5, 8:9, 8:14, 8:19, 8:24, 10:6, 10:8, 10:15, 10:17, 11:6, 11:13, 11:15, 13:1, 13:3, 13:20, 14:10, 14:18, 14:22, 15:24, 16:7, 17:12, 17:18, 18:10, 18:15, 18:21, 19:14, 19:15, 19:20, 19:25, 20:10, 20:12, 20:17, 21:2, 21:11, 21:13, 21:25, 22:15, 23:1, 23:17, 24:5, 24:14, 24:15, 24:16, 24:25, 25:18, 25:21, 25:23, 27:2, 27:13, 28:1, 28:16,

28:20, 29:2, 29:3, 29:5, 29:14, 29:17, 29:24, 30:7, 30:8, 30:18, 30:25, 31:7, 31:11, 31:18, 31:21, 32:6, 32:8, 32:16, 32:20, 32:23, 33:2, 33:8, 33:10, 33:18, 33:21, 33:24, 34:5, 34:8, 34:10, 34:11, 34:20, 34:24, 37:12, 37:13, 37:16, 37:20, 37:21, 39:18, 39:25, 41:22, 42:20, 44:6, 45:24, 46:11, 46:16, 47:13, 47:18, 47:22, 48:1, 50:8, 50:16, 51:10, 60:13, 60:15, 60:17, 61:2, 61:5, 61:16, 61:19, 61:23, 62:2
**HONORABLE** [1] - 1:11
**hotel** [1] - 17:25
**hours** [3] - 58:5, 59:3, 59:6
**House** [3] - 22:18, 36:20, 38:3
**house** [1] - 44:2
**Hulser** [1] - 61:25
**human** [1] - 50:25
**Hunter** [1] - 60:9
**hurry** [1] - 55:1
**husband** [2] - 49:1, 54:19
**Huseyin** [1] - 6:10
**HUSEYIN** [1] - 6:10

# I

**identical** [1] - 20:6
**identifiable** [1] - 7:13
**identified** [3] - 12:20, 42:14, 44:7
**identifying** [1] - 3:8
**illegal** [2] - 22:16, 58:13
**illustrates** [1] - 24:18
**immediately** [5] - 31:3, 32:13, 57:23, 58:10, 59:15
**impaired** [1] - 49:9
**impermissible** [1] - 36:16
**implicated** [1] - 46:16
**important** [1] - 21:13
**importuned** [1] - 39:5

**impose** [5] - 48:7, 49:23, 52:9, 56:21, 58:18
**imposed** [6] - 12:7, 12:10, 52:15, 57:9, 59:25, 60:10
**imposes** [2] - 48:5, 59:8
**imposing** [2] - 11:2, 57:16
**imprisonment** [7] - 10:21, 12:3, 12:10, 12:12, 14:13, 55:25, 56:3
**improper** [5] - 39:1, 41:21, 42:2, 51:24, 54:4
**improperly** [1] - 39:5
**inapplicable** [1] - 12:20
**incarceration** [2] - 48:12, 56:23
**inception** [1] - 18:24
**include** [3] - 26:12, 46:19, 52:14
**included** [1] - 39:23
**including** [6] - 6:2, 11:19, 25:7, 27:18, 28:1, 36:4
**inclusion** [1] - 27:15
**incongruent** [1] - 17:5
**increase** [1] - 9:20
**incriminate** [1] - 54:24
**indeed** [1] - 27:6
**independent** [1] - 16:20
**indicated** [1] - 42:13
**indicates** [4] - 5:9, 26:10, 26:14, 42:23
**indication** [1] - 53:17
**indicted** [1] - 42:4
**indictment** [3] - 60:25, 61:5, 61:7
**individual** [1] - 34:5
**individuals** [7] - 20:7, 35:1, 36:18, 36:22, 36:24, 40:8, 56:15
**influence** [9] - 33:25, 34:10, 34:13, 37:14, 41:13, 41:16, 41:19, 41:21, 51:25
**influences** [1] - 38:19
**information** [4] - 21:23, 43:12, 47:3, 48:21
**INGLIMA** [22] - 1:22,

6:16, 8:19, 8:24, 10:8, 10:17, 11:8, 11:15, 13:3, 13:20, 13:23, 14:2, 34:20, 34:23, 37:13, 37:19, 37:25, 45:22, 47:18, 47:21, 60:15, 61:23
**Inglima** [14] - 4:3, 6:15, 8:6, 8:15, 8:17, 10:7, 10:16, 11:7, 11:14, 13:2, 13:17, 34:19, 51:17, 60:14
**inquired** [1] - 22:1
**installments** [1] - 59:16
**instant** [1] - 26:8
**instead** [1] - 44:19
**institution** [1] - 18:7
**institutions** [3] - 32:4, 33:24, 34:4
**insulated** [1] - 28:24
**integrity** [2] - 33:23, 53:10
**INTEGRITY** [1] - 1:15
**intending** [1] - 17:10
**intensity** [2] - 5:17, 50:13
**intent** [1] - 22:11
**intention** [3] - 42:18, 45:24
**intentions** [1] - 35:18
**intercultural** [1] - 49:3
**interest** [2] - 39:10, 58:3
**interested** [3] - 39:22, 40:9, 54:7
**interesting** [1] - 21:1
**interests** [10] - 33:21, 36:19, 36:20, 38:14, 38:16, 38:23, 38:25, 41:19, 49:3, 49:4
**international** [1] - 54:11
**Interpol** [1] - 44:24
**intervening** [1] - 44:5
**interviewed** [3] - 20:15, 32:22, 39:3
**interviews** [1] - 31:8
**investigating** [2] - 43:1, 51:14
**investigation** [25] - 6:6, 7:25, 16:17, 16:19, 16:20, 17:13, 20:15, 20:18, 21:5, 23:10, 25:12, 25:18, 28:18, 31:2, 32:25, 33:2, 42:11, 42:22,

44:3, 45:17, 47:4, 48:17, 48:19, 55:1, 59:20
**Investigation** [1] - 43:16
**investigations** [2] - 27:19, 32:19
**investigative** [1] - 31:17
**investigators** [1] - 44:2
**invitations** [5] - 19:22, 19:25, 20:6, 20:8, 20:10
**invitees** [2] - 21:10, 21:24
**involved** [10] - 24:2, 24:4, 24:7, 24:8, 24:12, 25:6, 25:20, 31:3, 39:9, 55:1
**involvement** [5] - 22:13, 24:19, 39:16, 39:19, 54:21
**IRS** [1] - 29:24
**issue** [6] - 15:4, 16:8, 30:20, 42:11, 46:5, 52:3
**issues** [3] - 8:20, 8:25, 23:8
**Istanbul** [1] - 44:18
**it'll** [1] - 50:8
**itemized** [1] - 17:25
**items** [1] - 18:18
**itineraries** [2] - 21:17, 22:5
**itinerary** [8] - 20:19, 20:23, 21:3, 21:17, 21:24, 22:3, 38:20, 41:8
**itself** [4] - 16:9, 27:25, 51:20, 54:5

**J**

**jail** [1] - 55:9
**Jail** [2] - 14:1, 55:21
**January** [1] - 60:9
**jeopardy** [1] - 34:5
**job** [3] - 44:25, 45:1, 51:16
**Joseph** [1] - 20:13
**Judge** [2] - 3:23, 50:6
**JUDGE** [1] - 1:12
**judgment** [5] - 57:13, 59:8, 59:10, 59:18, 60:4
**July** [1] - 44:6
**JUSTICE** [1] - 1:14

**justify** [1] - 28:25
**juxtapose** [2] - 18:9, 23:25

**K**

**Kaufman** [3] - 20:13, 20:16, 20:21
**KEMAL** [1] - 1:6
**Kemal** [3] - 3:2, 34:25, 57:14
**Kevin** [1] - 3:20
**kind** [1] - 26:3
**knowledge** [2] - 34:6, 34:7
**known** [3] - 45:19, 48:22, 55:15

**L**

**labeled** [1] - 44:11
**lack** [2] - 14:15, 25:16
**large** [1] - 39:19
**larger** [1] - 40:19
**last** [7] - 3:22, 5:8, 7:19, 18:16, 24:17, 25:16, 40:18
**late** [1] - 42:9
**launchers** [2] - 26:12, 28:1
**laundering** [1] - 47:8
**LAW** [1] - 5:5
**law** [9] - 5:6, 26:13, 47:25, 51:19, 52:16, 54:2, 55:13, 61:13, 61:24
**law-abiding** [1] - 61:13
**laws** [7] - 22:20, 22:22, 22:25, 33:22, 34:2, 51:23, 51:25
**lawyer** [2] - 6:22, 7:14
**lawyers** [2] - 7:2
**lay** [1] - 22:24
**lays** [3] - 9:10, 17:18, 24:1
**leaders** [1] - 38:6
**leading** [1] - 30:20
**leads** [1] - 19:13
**leap** [1] - 26:19
**learn** [1] - 50:20
**learned** [2] - 44:15, 44:16
**least** [8] - 21:8, 21:23, 22:6, 24:3, 28:21, 30:5, 30:13,

48:13
**lectern** [1] - 3:8
**led** [1] - 36:23
**left** [2] - 5:2, 33:6
**legal** [1] - 17:20
**legally** [1] - 16:10
**legitimate** [2] - 24:17, 32:13
**legitimately** [2] - 15:11, 25:9
**less** [2] - 12:5, 46:12
**lessons** [1] - 50:21
**letter** [5] - 23:21, 23:23, 23:25, 24:10, 46:22
**letterhead** [2] - 19:23, 20:7
**letters** [4] - 6:7, 37:25, 48:23, 54:18
**level** [6] - 9:17, 9:19, 9:23, 10:1, 10:18, 24:19
**license** [1] - 26:15
**lie** [1] - 43:6
**lied** [7] - 32:13, 35:1, 36:14, 37:3, 43:8
**life** [13] - 46:10, 48:23, 49:9, 49:11, 49:15, 49:22, 50:18, 50:23, 50:24, 52:3, 54:10, 61:12, 61:13
**life's** [2] - 7:23, 49:5
**light** [3] - 7:21, 23:19, 32:17
**lightly** [1] - 51:18
**likely** [4] - 26:11, 36:13, 37:3, 47:5
**limitations** [2] - 47:4, 47:6
**line** [1] - 18:18
**lineup** [1] - 23:12
**LISA** [2] - 2:1, 63:3
**Lisa** [1] - 63:12
**list** [2] - 22:9, 22:24
**listed** [7] - 20:23, 21:3, 21:12, 22:3, 22:6, 24:22
**listened** [1] - 53:25
**listing** [1] - 21:18
**live** [5] - 36:17, 49:14, 49:22, 61:12
**lived** [4] - 43:18, 44:22, 54:9
**lives** [1] - 51:1
**living** [1] - 49:15
**LLP** [1] - 1:22
**lobbied** [1] - 39:5
**lobby** [1] - 23:7
**lobbying** [2] - 31:15, 31:19

**local** [1] - 58:15
**location** [2] - 58:21, 58:23
**location-monitoring** [2] - 58:21, 58:23
**lodging** [1] - 41:5
**logistical** [1] - 24:7
**logistically** [1] - 19:18
**long-running** [1] - 48:19
**look** [2] - 46:3, 53:11
**looked** [1] - 56:15
**looking** [1] - 31:22
**lost** [1] - 61:20
**luck** [1] - 61:20
**lump** [1] - 59:15
**lump-sum** [1] - 59:15
**Lustig** [2] - 8:25, 42:13
**LUSTIG** [1] - 1:25
**lying** [2] - 43:9, 47:9

**M**

**Mackie** [1] - 3:16
**main** [1] - 25:23
**maintain** [2] - 31:14, 33:23
**majority** [2] - 41:4, 41:6
**man** [2] - 49:1, 49:2
**mandatory** [3] - 12:18, 60:18, 60:21
**manner** [2] - 9:22, 51:15
**manual** [3] - 7:10, 9:16, 11:4
**manufactured** [1] - 26:11
**manufacturer** [1] - 27:25
**map** [1] - 17:16
**MARCO** [1] - 1:14
**Marco** [2] - 3:4, 3:10
**marketing** [2] - 18:1, 26:11
**Mary** [1] - 36:5
**mate** [1] - 61:25
**material** [1] - 11:25
**materials** [6] - 4:12, 4:13, 36:10, 40:2, 40:3
**matter** [1] - 29:6
**maximum** [3] - 12:2, 12:14, 55:25
**mean** [7] - 13:22, 26:20, 27:9, 28:4,

28:15, 36:6, 55:15
**meaningful** [1] - 49:11
**mechanism** [1] - 17:21
**media** [1] - 32:17
**median** [1] - 56:17
**meet** [2] - 45:13, 46:23
**member** [6] - 20:13, 21:14, 22:17, 39:2, 42:1
**members** [17] - 21:20, 22:7, 22:9, 23:6, 30:6, 31:5, 31:9, 31:11, 34:5, 35:2, 36:20, 36:25, 39:2, 39:14, 40:8, 41:11, 41:14
**memo** [1] - 25:24
**memoranda** [3] - 6:1, 6:3, 29:8
**memorandum** [13] - 14:25, 15:4, 15:6, 15:13, 15:24, 26:2, 26:5, 30:10, 33:3, 33:15, 35:7, 40:16, 48:4
**messes** [1] - 51:5
**Met** [1] - 6:9
**met** [1] - 47:10
**MET** [1] - 6:10
**Mevlut** [1] - 6:9
**might** [2] - 56:25, 59:12
**million** [3] - 17:24, 18:22, 32:3
**mind** [2] - 3:8, 9:1
**mindful** [1] - 56:20
**mine** [1] - 7:19
**minimal** [1] - 57:3
**minimize** [1] - 20:4
**minor** [1] - 8:25
**minute** [3] - 13:4, 25:16, 40:18
**mislead** [1] - 42:18
**misleading** [1] - 35:25
**misled** [1] - 43:11
**Misler** [2] - 3:4, 3:15
**MISLER** [1] - 1:18
**misrepresent** [1] - 42:19
**misrepresentations** [1] - 47:24
**missed** [1] - 32:9
**missing** [2] - 3:13, 6:13
**missions** [2] - 41:15, 41:16

**misstated** [1] - 37:22
**mistake** [1] - 38:22
**mistaken** [2] - 37:11,
37:19
**mistakenly** [1] -
31:25
**mistakes** [1] - 49:20
**mitigating** [1] - 7:9
**moment** [3] - 11:21,
36:5, 53:13
**monetary** [1] - 59:14
**money** [11] - 16:21,
17:8, 17:16, 19:1,
19:4, 19:8, 19:11,
19:13, 47:8, 53:21,
53:22
**monitor** [1] - 58:24
**monitored** [1] -
58:19
**monitoring** [3] -
58:20, 58:21, 58:23
**monthly** [1] - 59:16
**months** [16] - 10:20,
10:21, 13:12, 13:18,
13:24, 34:15, 43:23,
48:7, 48:13, 50:14,
55:17, 56:3, 56:18,
58:20, 59:2, 59:4
**months'** [1] - 14:13
**MORING** [1] - 1:22
**morning** [3] - 3:18,
4:6, 4:18
**most** [5] - 25:23,
26:10, 47:5, 49:11,
57:16
**mother** [2] - 43:18,
44:21
**mother's** [1] - 43:25
**motion** [1] - 61:6
**motive** [4] - 23:1,
30:9, 30:14, 42:20
**motives** [3] - 34:8,
35:19, 54:4
**move** [3] - 46:9,
46:10, 60:24
**movement** [1] -
58:25
**MR** [56] - 3:6, 3:10,
3:14, 3:19, 3:25, 4:25,
6:14, 6:16, 8:5, 8:19,
8:24, 10:6, 10:8,
10:15, 10:17, 11:6,
11:8, 11:13, 11:15,
13:1, 13:3, 13:20,
13:23, 14:2, 14:10,
14:18, 14:22, 17:12,
20:4, 21:11, 21:25,
22:2, 22:15, 23:14,
23:17, 27:2, 27:13,
28:16, 28:20, 28:24,

29:5, 34:20, 34:23,
37:12, 37:13, 37:19,
37:25, 45:22, 47:18,
47:21, 60:13, 60:15,
61:2, 61:4, 61:23,
62:2
**multicultural** [1] -
49:3
**multiday** [1] - 41:9
**multiple** [3] - 39:2,
43:24, 48:22
**must** [9] - 12:7, 17:1,
58:20, 58:22, 59:3,
59:6, 59:9, 59:10,
60:3

## N

**name** [1] - 3:22
**names** [1] - 5:12
**narrative** [5] - 15:5,
15:9, 35:8, 35:9,
36:11
**National** [1] - 3:16
**nations** [1] - 38:6
**nature** [6] - 17:10,
23:19, 33:21, 37:5,
52:22, 53:6
**naïve** [1] - 53:13
**necessarily** [4] -
22:21, 30:12, 53:4,
56:18
**necessary** [2] -
52:10, 56:21
**need** [10] - 34:9,
34:13, 39:13, 50:5,
52:14, 52:24, 53:3,
56:14, 56:24, 57:1
**nefarious** [4] - 22:11,
37:7, 47:15, 54:3
**negative** [2] - 5:16,
60:22
**negotiations** [1] -
46:16
**never** [2] - 53:13,
55:12
**New** [1] - 1:16
**new** [2] - 49:15,
50:24
**news** [1] - 32:17
**next** [2] - 10:23,
26:23
**nine** [1] - 13:25
**none** [3] - 7:12, 8:24,
40:11
**nonprofit** [3] - 16:5,
31:14, 33:16
**nonprofits** [4] -
30:20, 30:24, 31:13,

31:20
**normally** [2] - 46:15,
53:3
**Northwest** [3] - 1:16,
1:19, 1:23
**notable** [3] - 18:15,
23:3, 30:15
**note** [8] - 20:22,
21:13, 22:4, 29:20,
40:11, 42:1, 47:21,
48:14
**noted** [4] - 35:13,
40:21, 42:7, 60:11
**notes** [3] - 5:3,
15:24, 63:5
**noteworthy** [1] -
20:16
**nothing** [1] - 27:11
**noticed** [1] - 14:12
**notices** [1] - 44:25
**notify** [2] - 58:1,
59:11
**noting** [1] - 31:12
**notion** [4] - 16:13,
36:4, 36:15, 39:3
**notwithstanding** [1]
- 53:8
**November** [1] -
43:16
**number** [6] - 19:23,
23:6, 24:6, 30:5,
40:10, 41:8
**numbers** [1] - 56:19
**numeral** [1] - 10:12
**NW** [2] - 2:3, 63:14

## O

**objection** [5] - 8:3,
8:21, 9:3, 10:3, 10:8
**objections** [5] - 6:23,
6:24, 10:13, 15:3,
60:10
**objective** [1] - 21:15
**obligation** [1] - 58:2
**obtained** [2] - 22:7,
25:12
**obtaining** [1] - 26:15
**obviously** [1] - 30:4
**occurred** [3] - 29:19,
33:9, 48:15
**occurring** [1] - 45:10
**OF** [5] - 1:1, 1:3,
1:11, 1:14, 1:19
**offender** [1] - 53:12
**offense** [18] - 5:25,
9:5, 9:17, 9:18, 10:1,
10:4, 10:18, 11:23,
12:6, 26:8, 35:15,

40:23, 52:15, 52:17,
52:23, 53:6, 53:9,
57:5
**offenses** [2] - 51:18,
56:3
**offered** [1] - 46:23
**OFFICE** [1] - 1:18
**office** [14] - 5:20, 6:5,
13:8, 13:11, 13:14,
36:8, 47:23, 57:17,
58:6, 58:9, 58:17,
59:19, 59:22, 60:18
**Office** [8] - 3:15,
16:18, 22:23, 25:13,
32:21, 35:2, 38:2,
39:4
**office's** [2] - 9:11,
9:13
**OFFICER** [1] - 60:17
**Officer** [2] - 8:25,
42:13
**officer** [3] - 7:4, 59:4,
59:7
**official** [1] - 63:12
**Official** [1] - 2:1
**officials** [3] - 19:21,
19:24, 37:9
**oil** [5] - 15:18, 18:25,
23:4, 23:22, 41:18
**OKSUZ** [1] - 1:6
**Oksuz** [74] - 3:3, 4:5,
4:11, 5:9, 5:13, 5:24,
6:4, 6:7, 6:8, 6:17,
8:7, 8:16, 8:21, 9:21,
12:3, 12:4, 12:11,
13:17, 14:5, 17:10,
22:12, 26:3, 26:10,
26:15, 26:22, 28:5,
34:25, 35:14, 35:21,
35:25, 36:5, 36:7,
38:4, 39:9, 39:16,
40:5, 40:14, 41:1,
42:7, 42:21, 43:1,
44:7, 44:11, 45:11,
46:6, 46:13, 46:21,
46:23, 47:5, 47:22,
48:18, 48:22, 48:25,
49:19, 50:4, 50:7,
51:12, 52:7, 53:14,
53:18, 54:9, 54:15,
55:9, 55:12, 56:24,
57:10, 57:14, 59:24,
60:25, 61:8
**Oksuz's** [10] - 6:5,
6:7, 6:8, 10:1, 10:10,
14:15, 26:7, 47:14,
53:11, 60:22
**old** [1] - 47:3
**once** [4] - 32:16,
50:15, 51:5, 54:21

**one** [15] - 12:5, 12:7,
12:13, 15:9, 20:1,
24:18, 38:15, 38:18,
41:23, 42:3, 46:3,
48:18, 51:20, 56:4,
56:13
**ones** [2] - 24:21,
25:3
**ongoing** [1] - 27:18
**onset** [1] - 15:11
**open** [1] - 26:9
**open-source** [1] -
26:9
**operating** [1] - 12:23
**opinion** [1] - 60:8
**opportunity** [4] -
32:9, 32:18, 50:12,
61:12
**opposing** [1] - 29:9
**orally** [1] - 46:12
**orchestrated** [1] -
32:5
**order** [6] - 16:21,
30:11, 31:14, 40:12,
48:12, 59:20
**orders** [2] - 17:14,
19:4
**organization** [2] -
17:25, 42:8
**organizational** [1] -
15:25
**organizationally** [1]
- 16:15
**organizations** [5] -
19:12, 28:13, 30:19,
38:5, 39:9
**organize** [1] - 36:9
**organizers** [1] -
21:18
**ought** [1] - 35:13
**outside** [1] - 11:2
**outstanding** [1] -
6:23
**overall** [1] - 31:8
**overlooked** [1] -
37:22
**overt** [1] - 32:25
**overwhelmed** [1] -
40:17
**own** [1] - 46:17
**owned** [2] - 18:25,
23:4

## P

**p.m** [1] - 59:1
**Page** [2] - 26:5, 26:6
**page** [3] - 18:16,
49:14, 49:22

**paid** [5] - 29:22, 42:12, 42:15, 58:2
**Palmieri** [24] - 3:4, 3:5, 3:6, 3:7, 3:10, 4:23, 6:13, 8:2, 10:5, 10:14, 11:5, 11:12, 12:25, 14:9, 14:11, 21:23, 22:11, 34:17, 35:16, 35:19, 37:4, 37:10, 60:12, 61:24
**PALMIERI** [36] - 1:14, 3:6, 3:10, 3:14, 3:19, 3:25, 4:25, 6:14, 8:5, 10:6, 10:15, 11:6, 11:13, 13:1, 14:10, 14:18, 14:22, 17:12, 20:4, 21:11, 21:25, 22:2, 22:15, 23:14, 23:17, 27:2, 27:13, 28:16, 28:20, 28:24, 29:5, 37:12, 60:13, 61:2, 61:4, 62:2
**Palmieri's** [1] - 53:16
**paper** [1] - 53:8
**papers** [1] - 8:12
**parade** [1] - 41:11
**paragraph** [1] - 26:6
**paragraphs** [1] - 16:8
**parcel** [1] - 41:21
**Parker** [2] - 6:10, 49:16
**part** [11] - 11:9, 21:20, 23:18, 30:9, 30:13, 41:21, 48:22, 54:13, 57:16, 60:1, 61:9
**participate** [2] - 32:19, 54:23
**participation** [1] - 59:5
**particular** [2] - 13:7, 23:8
**particularly** [1] - 33:6
**parties** [9] - 4:11, 9:14, 11:1, 11:10, 13:6, 13:16, 14:6, 29:8, 39:23
**party** [2] - 10:25, 11:10
**passing** [1] - 50:19
**patently** [1] - 43:13
**path** [1] - 49:7
**patience** [1] - 50:1
**Paul** [2] - 6:10, 49:16
**pay** [5] - 57:21, 58:22, 59:9, 59:12, 59:13
**payable** [1] - 57:23

**paying** [1] - 57:7
**payment** [5] - 42:8, 42:16, 59:14, 59:15, 59:16
**payments** [1] - 29:18
**payments'** [1] - 59:10
**peace** [1] - 54:11
**penal** [1] - 11:21
**penalize** [1] - 54:24
**penalties** [3] - 11:17, 11:23, 58:3
**penalty** [5] - 12:2, 52:9, 59:9, 59:12, 59:14
**pending** [1] - 45:17
**Pennsylvania** [1] - 1:23
**people** [8] - 3:8, 22:1, 23:16, 38:23, 40:11, 48:22, 49:4, 51:22
**people's** [1] - 5:12
**per** [1] - 12:17
**percent** [2] - 25:17, 35:16
**perform** [1] - 16:11
**performed** [1] - 38:2
**performing** [1] - 57:6
**peril** [1] - 45:9
**period** [2] - 58:20, 59:17
**permission** [4] - 5:1, 14:23, 15:20, 60:6
**person** [4] - 48:18, 48:25, 49:19, 58:6
**perspective** [7] - 15:8, 17:6, 21:2, 29:6, 33:9, 33:14, 34:12
**petroleum** [1] - 38:14
**Ph.D** [1] - 6:9
**phase** [1] - 16:2
**PHILIP** [1] - 1:22
**Phillip** [1] - 4:3
**philosophies** [1] - 44:10
**phrase** [1] - 41:10
**pick** [1] - 61:14
**pictorials** [1] - 39:19
**place** [3] - 47:19, 55:18, 55:21
**places** [2] - 39:11, 43:23
**Plaintiff** [1] - 1:4
**plan** [1] - 32:5
**planning** [3] - 24:8, 24:9, 47:16
**plays** [1] - 33:2
**plea** [16] - 4:12, 5:24,

6:1, 6:18, 7:16, 10:24, 11:10, 12:2, 42:23, 46:15, 46:18, 46:20, 55:3, 60:2, 60:23
**pleaded** [2] - 34:25, 53:15
**pleading** [1] - 35:22
**pleasant** [2] - 55:18, 55:21
**pled** [5] - 33:20, 35:15, 40:23, 46:4, 47:9
**pledged** [1] - 60:24
**point** [10] - 21:8, 27:3, 27:6, 28:9, 29:14, 42:16, 43:13, 44:20, 45:25, 56:6
**points** [5] - 24:18, 25:23, 30:19, 35:12, 53:16
**policy** [2] - 11:3, 52:22
**political** [3] - 31:15, 34:8, 53:10
**poor** [1] - 44:25
**poorer** [1] - 45:1
**portion** [1] - 42:22
**portions** [1] - 43:7
**position** [3] - 17:9, 22:12, 56:8
**possess** [2] - 58:12, 58:13
**post** [2] - 32:11, 35:24
**post-travel** [2] - 32:11, 35:24
**potential** [4] - 22:25, 24:8, 25:4, 44:24
**potentially** [4] - 22:19, 23:7, 27:19, 30:13
**pre** [3] - 31:21, 35:24, 40:2
**pre-conference** [1] - 40:2
**pre-travel** [1] - 35:24
**preconference** [1] - 38:19
**premeditated** [1] - 32:6
**preparation** [1] - 19:19
**prepared** [1] - 6:4
**preplanning** [1] - 16:1
**prescribed** [1] - 11:20
**present** [1] - 4:5
**presentation** [1] - 50:1

**presentence** [15] - 5:19, 6:6, 6:22, 7:24, 7:25, 8:12, 8:18, 8:22, 9:4, 9:6, 9:10, 10:10, 13:16, 59:19, 59:22
**presenting** [1] - 51:16
**president** [4] - 16:6, 23:15, 23:21, 39:20
**pressure** [1] - 32:1
**Pretrial** [1] - 5:7
**previously** [2] - 5:23, 43:21
**prides** [1] - 51:20
**primarily** [1] - 42:16
**primary** [1] - 39:12
**principally** [1] - 40:5
**prison** [4] - 34:14, 55:18, 55:23, 57:2
**Prisons** [2] - 48:8, 57:15
**privilege** [2] - 43:2, 43:3
**probation** [25] - 5:20, 6:5, 7:4, 8:11, 9:10, 9:13, 12:6, 12:8, 13:7, 13:11, 13:14, 36:8, 47:23, 48:5, 48:11, 48:13, 57:17, 58:6, 58:9, 58:17, 59:4, 59:7, 59:19, 59:22, 60:17
**PROBATION** [2] - 1:25, 60:17
**Probation** [2] - 8:25, 42:13
**proceed** [3] - 6:18, 6:19, 35:20
**Proceedings** [1] - 62:4
**proceedings** [1] - 63:6
**process** [2] - 21:20, 51:22
**produce** [1] - 17:1
**produced** [2] - 22:8, 63:6
**production** [1] - 43:3
**professional** [1] - 51:15
**Professor** [2] - 49:16, 49:17
**proffer** [5] - 20:1, 20:6, 20:12, 20:18, 24:6
**profile** [2] - 19:23, 45:12
**program** [7] - 5:17, 14:3, 50:13, 58:21, 58:22, 59:5

**Program** [1] - 45:2
**promise** [1] - 50:24
**promote** [2] - 52:16, 52:20
**prompted** [1] - 14:25
**pronounce** [1] - 5:12
**proof** [1] - 17:1
**proportionality** [1] - 48:1
**proposed** [1] - 20:19
**proposition** [1] - 25:14
**prosecuted** [1] - 42:2
**prosecuting** [1] - 51:14
**prosecution** [1] - 33:5
**protect** [1] - 52:19
**protection** [2] - 45:8, 56:24
**proud** [1] - 51:9
**prove** [1] - 18:4
**proved** [2] - 25:18, 30:4
**provide** [8] - 16:16, 32:21, 39:16, 39:18, 47:3, 52:17, 53:3, 59:6
**provided** [3] - 16:18, 25:13, 28:7
**provides** [1] - 12:11
**providing** [1] - 39:12
**provision** [1] - 46:19
**provisions** [1] - 12:20
**PSG** [15] - 15:25, 16:10, 16:14, 17:8, 17:11, 17:15, 18:5, 18:6, 18:18, 19:2, 19:5, 19:6, 19:9, 40:25
**PSR** [2] - 10:19, 15:3
**PUBLIC** [1] - 1:15
**public** [2] - 27:24, 52:19
**publicly** [1] - 29:25
**punish** [1] - 47:1
**punishment** [2] - 52:17, 57:4
**purports** [2] - 18:12, 27:25
**purpose** [2] - 36:16, 37:7
**purposes** [5] - 9:7, 52:11, 52:14, 55:22, 56:22
**pursuant** [3] - 12:4, 59:24, 60:8
**pursue** [1] - 49:10

**pushing** [1] - 24:21
**put** [5] - 22:10, 28:4, 34:4, 37:8, 45:12
**putting** [1] - 50:12

**Q**

**questions** [1] - 8:7
**quite** [4] - 23:12, 26:19, 41:18, 43:13
**quote** [1] - 17:19
**quote-unquote** [1] - 17:19

**R**

**races** [1] - 49:5
**radio** [1] - 58:19
**raised** [3] - 8:24, 31:6, 35:14
**ran** [1] - 48:17
**range** [17] - 7:1, 7:5, 9:10, 9:11, 10:20, 10:21, 10:23, 11:3, 11:19, 12:11, 12:13, 12:15, 13:9, 14:7, 14:14, 56:2, 56:4
**rare** [1] - 50:12
**raspy** [1] - 34:21
**rather** [1] - 40:25
**RDR** [3] - 2:1, 63:3, 63:12
**reached** [1] - 36:25
**read** [2] - 4:14, 8:17
**readily** [1] - 46:6
**reads** [2] - 15:13, 33:15
**ready** [1] - 50:23
**reality** [1] - 17:20
**realized** [2] - 36:11, 36:12
**really** [7] - 4:7, 16:8, 23:19, 25:14, 29:12, 33:10, 57:3
**reason** [2] - 34:25, 47:1
**reasons** [2] - 36:10, 45:15
**rebuttal** [1] - 35:11
**receive** [1] - 57:2
**received** [13] - 5:7, 5:18, 5:19, 5:23, 6:1, 6:3, 6:7, 6:12, 38:1, 42:8, 54:10, 56:17
**recitation** [1] - 9:4
**recites** [1] - 35:16
**recognize** [1] - 49:19
**recommendation** [4]

- 5:20, 8:1, 13:14, 29:1
**recommendations** [1] - 57:17
**recommended** [2] - 13:8, 57:18
**recommends** [1] - 13:11
**record** [13] - 4:2, 14:16, 21:4, 24:13, 26:14, 31:16, 33:19, 43:12, 47:20, 55:6, 60:11
**records** [2] - 22:6, 53:1
**recruit** [2] - 40:3, 40:8
**recruited** [1] - 36:25
**red** [1] - 44:25
**reduction** [1] - 9:23
**reflect** [1] - 52:15
**reflected** [1] - 6:6
**reflective** [1] - 56:19
**refused** [3] - 32:20, 32:21, 32:22
**regard** [3] - 7:24, 14:7, 24:15, 25:22, 27:14, 32:7, 36:2, 53:6, 54:9
**regarding** [3] - 9:5, 26:2, 54:2
**regards** [2] - 23:9, 62:1
**regional** [1] - 36:24
**regions** [1] - 40:6
**registered** [2] - 45:1, 45:5
**regret** [1] - 51:6
**regretful** [1] - 36:1
**regular** [1] - 31:9
**regulation** [1] - 58:21
**regulations** [4] - 16:23, 22:19, 33:22, 34:3
**rehabilitation** [2] - 52:20, 57:1
**rejected** [1] - 39:3
**relationship** [1] - 17:11
**relationships** [2] - 19:3, 54:16
**release** [9] - 5:14, 12:11, 13:12, 56:1, 56:4, 57:19, 57:21, 58:5, 59:19
**released** [1] - 58:7
**religions** [1] - 49:5
**remainder** [1] - 25:22

**remaining** [4] - 48:5, 60:24, 61:5, 61:6
**remarks** [1] - 47:19
**remorseful** [1] - 36:1
**removed** [1] - 21:6
**repeatedly** [1] - 37:14
**repeating** [1] - 25:25
**report** [21] - 5:7, 5:19, 6:6, 6:22, 7:24, 7:25, 8:4, 8:12, 8:18, 8:22, 9:4, 9:6, 9:10, 10:10, 13:16, 22:23, 22:24, 58:6, 58:9, 59:20, 59:22
**REPORTED** [1] - 2:1
**reporter** [1] - 50:3
**Reporter** [2] - 2:1, 63:12
**REPORTER** [1] - 50:6
**reporting** [2] - 32:18, 34:2
**reports** [3] - 32:20, 38:1, 42:5
**representation** [1] - 43:21
**representations** [2] - 17:5, 43:10
**representatives** [3] - 38:12, 38:13, 39:23
**represented** [3] - 9:21, 41:19, 49:13
**Republic** [3] - 39:24, 42:3, 44:22
**request** [3] - 39:1, 48:3, 60:6
**require** [1] - 16:23
**required** [4] - 11:1, 21:18, 48:2, 48:8
**requires** [1] - 11:18
**research** [1] - 26:9
**residence** [1] - 59:1
**resolve** [1] - 6:24
**resolved** [1] - 8:23
**respect** [3] - 35:18, 51:8, 52:16
**respectively** [1] - 56:18
**responding** [2] - 14:24, 43:3
**response** [1] - 48:2
**responsibilities** [1] - 47:10
**responsibility** [8] - 9:22, 35:22, 35:24, 46:9, 48:20, 49:8, 49:21, 51:3
**responsible** [4] - 40:5, 44:12, 48:19,

50:25
**restitution** [3] - 12:9, 12:19, 53:4
**restricted** [1] - 58:25
**restriction** [1] - 58:24
**resulted** [1] - 44:11
**results** [1] - 60:22
**return** [6] - 43:15, 44:18, 45:24, 46:7, 59:22
**returned** [1] - 45:19
**revealed** [1] - 13:16
**review** [1] - 20:5
**reviewed** [9] - 4:22, 4:23, 5:18, 5:19, 5:21, 5:23, 6:5, 6:22, 54:18
**reviewing** [1] - 16:17
**revising** [1] - 27:4
**rightfully** [1] - 51:20
**rights** [2] - 60:1, 61:7
**risk** [1] - 45:9
**rocket** [1] - 28:1
**rockets** [1] - 26:12
**role** [1] - 39:25
**Roman** [1] - 10:12
**Room** [2] - 2:3, 63:14
**Rose** [1] - 36:5
**roundups** [2] - 44:16, 45:10
**rule** [1] - 51:19
**rules** [1] - 58:21
**run** [4] - 19:12, 47:4, 47:7, 53:21
**running** [1] - 48:19
**rush** [1] - 44:1

**S**

**S-E-L-V-I** [1] - 6:11
**salary** [1] - 30:1
**sale** [1] - 26:11
**sample** [1] - 25:11
**satisfied** [1] - 8:8
**saw** [1] - 61:24
**scenario** [1] - 56:19
**schedule** [1] - 59:10
**scheme** [2] - 11:24, 23:18
**school** [1] - 61:25
**score** [1] - 10:11
**Scott** [2] - 6:9, 49:17
**scuttle** [1] - 36:13
**search** [1] - 26:13
**season** [1] - 34:23
**seated** [2] - 3:19, 8:16
**second** [5] - 6:25, 7:7, 9:8, 18:16, 26:6

**second-to-the-last** [1] - 18:16
**secondly** [1] - 17:6
**SECTION** [1] - 1:15
**Section** [11] - 7:21, 9:18, 9:24, 11:18, 12:1, 12:4, 13:10, 52:9, 55:24, 56:16, 59:24
**secure** [4] - 15:10, 15:13, 15:18, 41:6
**secured** [2] - 29:23, 30:1
**security** [3] - 38:17, 45:12, 46:1
**Security** [1] - 3:16
**see** [11] - 17:23, 18:22, 19:8, 21:14, 24:20, 24:23, 41:7, 43:18, 55:10, 55:22, 56:9
**seek** [1] - 11:11
**seeking** [1] - 44:24
**sell** [2] - 26:16, 26:18
**seller** [1] - 27:25
**Selvi** [1] - 6:10
**Sena** [1] - 6:8
**send** [1] - 4:21
**sending** [6] - 4:17, 19:1, 19:4, 20:8, 55:8, 55:23
**sent** [3] - 19:21, 20:6, 41:2
**sentence** [30] - 7:20, 11:2, 13:7, 13:11, 14:8, 14:13, 26:23, 28:8, 33:12, 34:14, 47:1, 47:17, 48:4, 48:7, 49:22, 52:9, 52:14, 52:18, 55:5, 56:7, 56:14, 56:17, 56:21, 57:9, 57:16, 57:18, 58:8, 59:21, 59:25, 60:10
**sentenced** [2] - 56:16, 57:20
**sentences** [2] - 13:9, 52:24
**sentencing** [35] - 4:10, 4:12, 4:13, 4:19, 5:20, 6:1, 6:3, 6:19, 6:25, 7:1, 7:5, 7:15, 7:25, 8:13, 9:7, 10:20, 11:19, 13:5, 14:7, 14:25, 15:4, 15:6, 15:13, 15:24, 26:2, 26:5, 29:8, 35:6, 40:16, 46:24, 52:5, 52:11, 52:25, 55:22, 56:22

**SENTENCING** [1] - 1:11
**Sentencing** [1] - 9:18
  **sentiment** [1] - 54:15
  **serious** [1] - 53:9
  **seriously** [1] - 52:1
  **seriousness** [1] - 52:15
  **serve** [1] - 57:20
  **served** [9] - 13:12, 48:5, 48:8, 48:10, 48:13, 48:15, 55:17, 57:15, 58:8
  **service** [4] - 12:9, 45:6, 57:6, 59:3
  **Services** [1] - 5:7
  **services** [3] - 8:8, 16:12, 57:1
  **set** [13] - 7:21, 8:3, 8:22, 18:22, 25:23, 29:7, 36:10, 37:23, 40:15, 48:3, 52:8, 60:23, 61:18
  **sets** [1] - 12:14
  **setting** [1] - 40:5
  **several** [4] - 4:14, 20:24, 27:16, 31:4
  **shady** [2] - 28:5, 28:13
  **shall** [9] - 57:25, 58:5, 58:11, 58:12, 58:13, 58:14, 58:16, 59:19, 59:21
  **sham** [1] - 17:7
  **shame** [2] - 36:1, 50:16
  **shamed** [1] - 51:6
  **share** [1] - 45:3
  **shared** [1] - 43:21
  **sheet** [1] - 59:10
  **shifted** [1] - 38:9
  **shines** [1] - 23:19
  **shirk** [1] - 47:12
  **short** [1] - 47:24
  **short-term** [1] - 47:24
  **show** [7] - 17:17, 24:6, 25:14, 29:25, 30:3, 40:17, 61:13
  **showed** [2] - 21:4, 21:5
  **showing** [1] - 45:4
  **shows** [1] - 33:20
  **side** [3] - 9:3, 38:8, 38:10
  **sides** [1] - 38:23
  **signed** [3] - 5:24, 5:25, 41:1
  **significant** [1] -

31:10
  **similar** [5] - 21:7, 21:17, 27:19, 53:1
  **simple** [2] - 31:23, 34:24
  **simply** [2] - 41:21, 53:14
  **single** [1] - 31:13
  **situation** [5] - 15:12, 15:16, 15:17, 53:20, 57:3
  **six** [6] - 10:20, 36:24, 40:6, 48:7, 48:13, 56:3
  **skirted** [1] - 33:22
  **slightly** [1] - 50:14
  **small** [2] - 25:11, 29:14
  **Smart** [1] - 45:2
  **SOCAR** [53] - 17:15, 18:10, 18:13, 18:14, 18:21, 18:23, 18:25, 19:3, 19:4, 19:9, 19:14, 19:17, 19:18, 19:21, 19:23, 20:7, 20:23, 21:3, 21:6, 21:9, 21:12, 21:23, 22:3, 22:5, 22:9, 22:14, 23:23, 24:2, 24:4, 24:7, 24:11, 24:20, 25:1, 25:6, 25:19, 29:23, 30:4, 36:12, 37:2, 38:13, 39:12, 39:20, 39:24, 40:3, 40:20, 40:25, 42:9, 42:17, 53:22, 53:23
  **SOCAR's** [4] - 24:19, 39:16, 39:19, 39:25
  **society** [1] - 55:8
  **sole** [2] - 25:20, 43:4
  **solicit** [1] - 25:4
  **solicited** [1] - 24:12
  **soliciting** [1] - 23:23
  **someone** [2] - 55:5, 55:12
  **son** [1] - 54:19
  **sophistication** [1] - 39:8
  **sorry** [2] - 3:14, 51:4
  **sort** [3] - 26:21, 28:18, 53:20
  **source** [4] - 26:9, 37:5, 42:16, 54:2
  **Spain** [1] - 45:13
  **speakers** [3] - 23:12, 39:20, 41:6
  **special** [5] - 9:20, 12:17, 57:21, 57:22, 58:18

  **Special** [1] - 3:20
  **specific** [3] - 15:2, 23:10, 35:11
  **specifically** [3] - 14:25, 17:14, 31:5
  **speculate** [2] - 22:22, 23:2
  **speculation** [3] - 26:22, 27:11, 28:9
  **spell** [1] - 3:22
  **spends** [1] - 32:25
  **spent** [2] - 50:13, 55:20
  **spirit** [1] - 46:22
  **sponsor** [17] - 16:5, 18:13, 20:23, 21:4, 21:6, 21:10, 22:6, 22:17, 23:23, 24:3, 24:25, 25:20, 32:15, 37:6, 39:15, 40:1, 40:10
  **sponsoring** [1] - 19:17
  **sponsors** [2] - 21:18, 24:9
  **sponsorship** [1] - 24:22
  **sponsorships** [1] - 25:4
  **spy** [1] - 37:15
  **staff** [7] - 20:13, 21:14, 30:6, 35:2, 36:21, 37:1, 41:12
  **staffers** [2] - 31:9, 31:11
  **stage** [2] - 40:12, 40:19
  **stamp** [1] - 18:16
  **stamped** [1] - 17:18
  **stand** [2] - 35:6, 57:10
  **standing** [1] - 50:16
  **stands** [3] - 35:25, 42:23, 48:18
  **start** [2] - 14:23, 50:24
  **State** [1] - 45:2
  **state** [9] - 15:18, 18:25, 23:4, 23:22, 41:7, 41:17, 41:18, 57:9, 58:15
  **state-owned** [2] - 18:25, 23:4
  **statement** [6] - 5:25, 6:5, 15:6, 35:15, 40:15, 40:23
  **statements** [7] - 8:22, 11:3, 27:5, 40:24, 46:17, 52:6, 52:22

  **States** [19] - 2:2, 3:2, 13:25, 16:22, 18:8, 20:25, 30:15, 32:4, 35:9, 36:24, 38:16, 40:7, 43:15, 44:1, 45:25, 46:2, 46:14, 60:8, 63:13
  **STATES** [4] - 1:1, 1:3, 1:12, 1:14
  **status** [1] - 31:14
  **statute** [5] - 7:21, 12:10, 12:14, 47:4, 47:6
  **statutes** [1] - 11:21
  **statutory** [5] - 11:22, 12:2, 12:19, 12:22, 55:25
  **stay** [1] - 45:15
  **stayed** [2] - 43:22, 44:19
  **stenographic** [1] - 63:5
  **step** [6] - 6:21, 6:25, 7:7, 7:11, 7:19, 9:8, 10:23, 14:5, 18:24
  **steps** [2] - 6:19, 6:20
  **still** [3] - 43:18, 44:21, 53:8
  **stopped** [1] - 43:9
  **strategic** [1] - 38:16
  **Street** [1] - 1:19
  **strongest** [1] - 38:15
  **stuff** [1] - 28:5
  **subject** [1] - 60:1
  **submission** [3] - 36:8, 37:15, 49:25
  **submit** [5] - 31:16, 33:4, 34:14, 41:14, 58:11
  **submitted** [5] - 5:22, 15:3, 21:19, 31:25, 35:6
  **subpoenas** [1] - 43:4
  **subsequent** [3] - 21:4, 30:2, 42:9
  **substance** [1] - 58:14
  **substantial** [3] - 23:6, 30:5, 41:13
  **subversive** [2] - 35:19, 37:15
  **Sue** [1] - 6:7
  **suffering** [1] - 43:18
  **sufficient** [1] - 52:10
  **suggested** [1] - 54:6
  **sum** [1] - 59:15
  **supervise** [1] - 59:4
  **supervised** [6] - 12:11, 13:12, 56:1, 56:4, 57:18, 57:21

  **supervision** [5] - 5:17, 50:13, 58:11, 58:17, 59:17
  **supply** [1] - 43:20
  **support** [8] - 16:1, 19:16, 23:23, 24:17, 39:10, 41:2, 41:5, 48:3
  **supposed** [2] - 24:1, 45:20
  **supposedly** [1] - 35:18
  **supposition** [1] - 28:9
  **suspect** [2] - 55:18, 55:19
  **system** [1] - 53:10

**T**

  **table** [2] - 3:19, 22:10
  **takeaway** [1] - 31:8
  **TANYA** [1] - 1:11
  **task** [1] - 42:4
  **TCAE** [1] - 36:22
  **technology** [1] - 58:23
  **ten** [1] - 56:17
  **tens** [1] - 31:6
  **term** [12] - 12:10, 37:13, 37:15, 38:18, 47:24, 48:5, 48:13, 55:25, 56:1, 57:15, 57:18, 57:20
  **termination** [1] - 59:23
  **terms** [7] - 19:18, 27:4, 29:10, 31:21, 31:22, 33:10, 47:10
  **test** [1] - 60:22
  **tested** [1] - 5:16
  **testing** [2] - 60:18, 60:21
  **THE** [88] - 1:1, 1:11, 1:14, 1:18, 1:22, 3:1, 3:5, 3:7, 3:12, 3:18, 3:21, 3:24, 4:2, 4:6, 5:2, 5:5, 5:6, 5:10, 5:11, 6:15, 6:17, 8:6, 8:9, 8:10, 8:14, 8:15, 8:20, 9:2, 10:7, 10:9, 10:16, 10:18, 11:7, 11:9, 11:14, 11:16, 13:2, 13:4, 13:22, 14:1, 14:4, 14:11, 14:20, 17:9, 20:3, 21:8, 21:22, 22:1, 22:10, 23:12, 23:15,

26:1, 27:9, 28:2, 28:17, 28:23, 29:4, 34:17, 34:22, 37:4, 37:18, 37:24, 45:21, 47:16, 47:19, 50:2, 50:6, 50:7, 50:8, 50:10, 50:11, 51:12, 57:12, 57:13, 60:14, 60:16, 60:17, 60:20, 61:3, 61:6, 61:16, 61:17, 61:19, 61:20, 61:21, 61:22, 61:24, 62:3

**themselves** [3] - 24:21, 32:20, 38:21
**Theological** [1] - 49:18
**thereafter** [1] - 21:6
**therefore** [4] - 9:5, 9:25, 10:11, 36:14
**they've** [1] - 25:2
**thinks** [1] - 28:5
**third** [2] - 7:11, 14:5
**THOMAS** [1] - 1:22
**thousand** [1] - 27:23
**thousands** [1] - 31:6
**three** [12] - 6:19, 12:12, 12:13, 13:18, 13:23, 38:6, 48:23, 55:17, 56:2, 56:5, 58:20, 59:2
**throughout** [3] - 16:1, 36:23, 39:10
**throwing** [1] - 40:17
**title** [1] - 40:1
**today** [5] - 3:14, 6:19, 35:10, 35:17, 46:12
**together** [2] - 38:6, 38:24
**tolerance** [1] - 49:4
**took** [2] - 4:11, 46:7
**total** [4] - 10:1, 17:24, 18:3, 59:14
**totality** [1] - 56:10
**totally** [1] - 3:24
**touch** [2] - 15:21, 51:1
**traces** [1] - 19:11
**track** [1] - 49:13
**traffic** [2] - 24:5, 24:23
**trafficking** [1] - 26:3
**trail** [1] - 19:13
**TRANSCRIPT** [1] - 1:11
**transcript** [2] - 63:5, 63:6
**transfer** [1] - 18:5
**transferred** [2] -

16:25, 18:3
**transmitted** [1] - 22:8
**transparency** [2] - 51:21, 51:24
**transparent** [1] - 34:2
**transportation** [1] - 41:7
**travel** [9] - 22:17, 32:11, 35:24, 39:14, 41:5, 41:15, 43:24, 45:13
**traveled** [4] - 43:14, 43:17, 44:23, 45:7
**Traveler** [1] - 45:2
**traveling** [2] - 43:22, 44:14
**treatment** [2] - 59:21, 59:23
**treaty** [1] - 33:1
**trial** [2] - 18:4, 25:19
**tried** [4] - 25:8, 49:2, 54:11, 54:15
**trip** [9] - 20:14, 22:9, 22:17, 31:3, 31:6, 32:13, 32:14, 34:7, 40:10
**true** [8] - 17:10, 27:6, 27:10, 33:21, 37:6, 44:2, 63:4, 63:5
**trusty** [1] - 5:6
**try** [3] - 3:25, 36:18, 57:5
**trying** [8] - 21:14, 22:13, 25:4, 27:16, 27:21, 38:5, 49:12, 53:16
**Turkey** [7] - 43:14, 43:18, 43:22, 44:7, 44:15, 44:17, 44:21
**Turkic** [2] - 38:4, 38:8
**Turkish** [2] - 44:7, 45:10
**turn** [2] - 49:14, 49:21
**turning** [2] - 10:9, 17:17
**Turquoise** [13] - 16:4, 16:10, 16:11, 16:14, 17:8, 17:11, 17:22, 18:6, 18:18, 19:6, 19:9, 36:23, 40:7
**Twelfth** [1] - 1:16
**two** [8] - 9:23, 19:11, 24:18, 29:20, 32:25, 42:9, 50:14, 57:20
**two-level** [1] - 9:23

**type** [5] - 16:23, 17:2, 22:17, 27:19, 31:7
**types** [1] - 52:24

## U

**ultimately** [2] - 19:9, 21:21
**umbrage** [1] - 46:13
**unable** [1] - 60:5
**uncover** [1] - 29:17
**uncovered** [3] - 23:10, 31:2, 31:18
**under** [10] - 7:10, 9:23, 12:13, 12:23, 13:10, 32:1, 39:15, 50:12, 56:4, 56:16
**underlie** [1] - 17:3
**underlying** [1] - 16:24
**undermine** [3] - 25:14, 51:19
**undermined** [1] - 24:13
**undermines** [1] - 53:9
**undertaken** [1] - 54:6
**undisputed** [1] - 29:7
**undue** [1] - 51:24
**Union** [1] - 49:18
**united** [1] - 2:2
**UNITED** [4] - 1:1, 1:3, 1:12, 1:14
**United** [18] - 3:2, 13:24, 16:22, 18:8, 20:24, 30:15, 32:4, 35:9, 36:23, 38:16, 40:7, 43:15, 44:1, 45:25, 46:2, 46:14, 60:8, 63:13
**universal** [1] - 51:2
**unlawful** [1] - 51:3
**unless** [3] - 12:8, 37:10, 49:24
**unpaid** [1] - 58:4
**unquote** [1] - 17:19
**unreasonable** [1] - 56:9
**unsure** [1] - 56:6
**untrue** [1] - 44:13
**unwarranted** [2] - 52:25, 56:14
**up** [6] - 7:5, 12:14, 40:25, 51:8, 57:6, 61:15
**urge** [2] - 27:8, 33:13

**US** [20] - 1:18, 1:25, 3:15, 9:17, 19:24, 35:1, 35:4, 36:18, 36:19, 37:8, 38:4, 39:13, 42:8, 45:6, 45:8, 49:2, 51:9, 57:24, 58:17
**US-Azerbaijan** [1] - 35:4
**USC** [6] - 7:21, 12:1, 12:4, 52:8, 55:24, 59:24

## V

**valuable** [1] - 50:21
**value** [1] - 30:4
**values** [1] - 51:2
**variance** [1] - 11:11
**variances** [1] - 10:1
**variety** [2] - 11:18, 45:15
**various** [6] - 16:11, 38:4, 39:10, 40:7, 43:23, 46:11
**vast** [2] - 41:4, 41:6
**veered** [1] - 49:6
**venues** [1] - 41:6
**verbatim** [1] - 18:17
**verification** [1] - 59:6
**versus** [2] - 3:2, 60:9
**vice** [1] - 12:21
**victim** [2] - 7:13, 12:21
**victims** [2] - 7:12, 53:4
**view** [3] - 18:20, 47:25, 48:14
**villainized** [1] - 44:9
**vindicate** [1] - 49:22
**violation** [4] - 11:25, 47:25, 53:9, 55:13
**violations** [1] - 47:8
**visits** [1] - 41:9
**vocational** [1] - 57:1
**vs** [1] - 1:5

## W

**waived** [6] - 45:21, 45:22, 60:1, 60:18, 60:21
**waives** [1] - 58:3
**walk** [2] - 35:10, 37:21
**walking** [1] - 35:5
**wants** [5] - 28:6, 37:8, 46:9, 49:14

**warrant** [1] - 7:9
**warranted** [2] - 56:7, 56:12
**Washington** [7] - 1:6, 1:17, 1:20, 1:23, 2:4, 36:17, 63:14
**waste** [1] - 25:24
**ways** [2] - 29:9, 46:12
**weapon** [1] - 58:13
**weapons** [5] - 26:3, 26:12, 26:16, 26:19, 27:25
**websites** [1] - 27:24
**week** [2] - 55:20
**weighs** [1] - 5:15
**well-known** [1] - 55:15
**wholly** [1] - 51:6
**wife** [1] - 6:8
**William** [1] - 3:16
**wire** [2] - 18:3, 18:5
**wire-transferred** [1] - 18:3
**wired** [3] - 16:21, 17:2, 18:23
**wish** [3] - 7:14, 50:7, 60:25
**wishes** [1] - 49:24
**Woods** [1] - 36:5
**word** [1] - 54:3
**words** [2] - 36:2, 46:13
**works** [2] - 49:1, 54:12
**world** [1] - 54:13
**worn** [1] - 41:24
**worst** [1] - 61:11
**worth** [2] - 17:17, 31:12
**worthy** [1] - 30:15
**woven** [2] - 15:5, 41:9
**writing** [1] - 46:12
**written** [2] - 37:14, 59:6
**wrongdoing** [1] - 55:7

## Y

**year** [8] - 12:13, 27:24, 29:18, 31:13, 35:23, 39:11, 43:17, 47:3
**years** [14] - 12:3, 12:5, 12:12, 12:13, 29:20, 30:3, 32:25, 38:6, 38:8, 42:9, 56:1,

56:2, 56:5, 57:21
  **York** [1] - 1:16
  **yourself** [1] - 61:14

## Z

**zero** [1] - 10:11